**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ELIZABETH A. REIS** | : | |
| | : | |
| **v.** | : | **C.A. No.:** |
| | : | |
| **NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION** | : | |

**NOTICE OF REMOVAL**

Defendant National Railroad Passenger Corporation (hereinafter "Amtrak"), through its attorneys, Edwards Angell Palmer & Dodge, LLP, respectfully states upon information and belief:

1. On or about June 7, 2007, defendant Amtrak was served with the Summons and Complaint in this action which is currently pending in the Superior Court of the State of Rhode Island, Providence County. A copy of the Summons and Complaint and cover letter to Defendant from Plaintiff's counsel dated May 29, 2007 is annexed hereto as Exhibit A. The Complaint constitutes all of the prior pleadings and/or orders served upon Defendant to date.

2. According to the Complaint, Plaintiff allegedly suffered personal injuries while a passenger on Amtrak's "Acela" train in Providence, Rhode Island, on or about June 23, 2004.

3. Amtrak is removing this action because defendant Amtrak was created by an Act of Congress, 49 U.S.C. §24101, *et seq.*, and more than one-half its capital stock is owned by the United States. Thus, the above-described action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, U.S.C. §1331 and 1349 and is one which may be removed to this Court by the defendant therein, pursuant to the provisions of Title 28, U.S.C. §1441.

WHEREFORE, Defendant Amtrak prays that the action now pending against it in the Superior Court of the State of Rhode Island in and for the County of Providence be removed therefrom to this Court.

DEFENDANT,

NATIONAL RAILROAD PASSENGER CORPORATION,

Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2007, I served a copy of the within document by causing a copy to be sent via First Class U.S. Mail, postage pre-paid to the below named counsel.

TO: Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886

Andrew J. Murray.