Jun 25 07 04:31p Amtrak 212-630-6203 p.2

33 COLLEGE HILL ROAD
SUITE 20D
WARWICK, RHODE ISLAND 02886

401.822.1800 EXT. 6
401.822.1879 (FAX)

DANIEL K. FLAHERTY
e-mail: DFlaherty@collegehill.necoxmail.com
FREDERICK A. COSTELLO*
e-mail: fac15@aol.com
*also admitted in New Hampshire & Virginia

CHARLES BUTTERFIELD, JR. (1930-2003)

**FLAHERTY, BUTTERFIELD, & COSTELLO**

**Attorneys and Counselors at Law**

May 29, 2007

Secretary of Amtrak
National Passenger Railroad Corporation/Amtrak
16 Massachusetts Avenue NE
Washington, DC 20002

**Re: Elizabeth Reis v National Passenger Railroad Corporation/Amtrak** PC07-2861

Dear Sir or Madam:

Pursuant to Rule 4 of the Rhode Island Superior Court Rules of Civil Procedure, enclosed please find the Summons and Complaint in reference to the above captioned matter.

Thank you,

Very truly yours,

**FLAHERTY, BUTTERFIELD & COSTELLO**

[signature]

**FREDERICK A. COSTELLO**
Fac/jwb
Enclosure
Certified mail no. 7005 0390 0006 2406 1689

AMTRAK
JUN 25 2007
NEW YORK, NY

RECEIVED
Amtrak
JUN 07 2007
2007-00473
ELEANOR D. ACHESON
VICE PRESIDENT, GENERAL COUNSEL
AND CORPORATE SECRETARY

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No ....

Elizabeth A. Reis ........ **Plaintiff**

National Passenger Railroad Corporation/Amtrak ........ **Defendant**

***Summons***

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Frederick A. Costello Plaintiff's attorney, whose address is 33 College Hill Rd. Suite 20D, Warwick, RI 02886 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature] CLERK

Dated: May 30, 2007

(Seal of the Superior Court)

# State of Rhode Island and Providence Plantations

.................................................,SC

## PROOF OF SERVICE

I hereby certify that on the .................................................. day of .................................................. I served a copy of this summons and a copy of the complaint received therewith upon ..................................................

..................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, .................................................. .................................................., with a person of suitable age and discretion then residing therein.
(Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, .................................................. .................................................., with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ..................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

..................................................

..................................................

..................................................

Sheriff's Fees

Travel ............................ $............................

Service ............................ $............................

$............................

.................................................. Deputy Sheriff

CIVIL ACTION

FILE NO. PC 07-2861

SUMMONS

SUPERIOR COURT

Elizabeth A. Reis

VS

National Passenger Railroad Corporation/Amtrak

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.