STAT ᐧ RHODE ISLAND AND PROVIDENCE PL ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-2861 ELIZABETH A REIS V NATIONAL PASSENGER RAILROAD CO

Filing Date: 06-04-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY-VEHICLE
Status Date: 06-26-2007

Plaintiff: ELIZABETH REIS
ID: @10908815

Attorney: FREDERICK COSTELLO

Defendant: NATIONAL PASSENGER RAILROAD PASSEN
ID: @10908816

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-04-2007 | COMPLAINT FILED | |
| 06-04-2007 | INITIAL FILING FEE | |
| 06-04-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP249852. |
| 06-26-2007 | NOTICE OF REMOVAL | Affiliated: NATIONAL PASSENGER RAILROAD PASSENGER CORPORATION |
| 06-26-2007 | CASE REMVD TO US DISTRICT CT | U.S. DISTRICT COURT #CA 07 236 Affiliated: NATIONAL PASSENGER RAILROAD PASSENGER CORPORATION |
| 06-26-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island