**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ELIZABETH A. REIS** | : | |
| | : | |
| **v.** | : | **C.A. No.: 07-236S** |
| | : | |
| **NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION** | : | |

**DEFENDANT NATIONAL PASSENGER RAILROAD CORPORATION'S CONSENTED TO MOTION FOR CONTINUANCE**

NOW COMES defendant NATIONAL PASSENGER RAILROAD CORPORATION and moves this Court, pursuant to United States District Court for the District of Rhode Island Local Rule Cv 39.2, for an Order continuing all deadlines, including the trial date presently set for February of 2008, for 90 (ninety) days. Plaintiff's counsel has consented to this continuance.

The grounds for this motion are that defendant has insufficient time to conduct discovery and provide its expert disclosure and report(s) on or before November 1, 2007 in compliance with Fed. R. Civ. P. 26(a)(2)(C). The parties were ordered not to conduct discovery prior to a settlement conference, which took place on October 3, 2007. At that time, defendant and the court learned that plaintiff's injuries were allegedly quite severe. Therefore, several different experts will likely be needed to review the case and an Independent Medical Examination will also likely be necessary. In addition, plaintiff's medical records need to be collected before this process can begin. It is impossible for defendant to obtain plaintiff's medical records, have plaintiff examined, have the records reviewed and have expert reports submitted before November 1, 2007.

In support of its motion for a continuance, defendant relies upon the attached Memorandum of Law in Support.

Date: Providence, Rhode Island
October 11, 2007

Respectfully submitted,

DEFENDANT,

NATIONAL RAILROAD
PASSENGER CORPORATION,

/s/ Paul E. Dwyer, Jr.

Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

**DEFENDANT REQUESTS A HEARING ON ITS MOTION.**

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2007, a copy of the within document by served via the Court's Electronic Filing.

/s/ Paul E. Dwyer, Jr.