# EXHIBIT D

MICHAEL J. FARLEY
ATTORNEY AT LAW
LICENSED IN RHODE ISLAND AND MASSACHUSETTS

September 8, 2004

Beacon Mutual Insurance Company
ATTN: Maria Pate
One Beacon Centre
Warwick, RI 02886

RE: **Elizabeth Reis vs. Providence/Warwick Convention and Visitors Bureau**
**Claim No.: 214820**
**Date of Injury: 6/23/04**

Dear Ms. Pate:

My client has advised me that she has been referred to Dr. Wendy Silversmith, who is a rheumatologist. My client wishes to be evaluated for a flare up in her pre-existing Fibromyalgia which is documented in Dr. DiGiovanni's reports. It is our contention that this "flare up" was brought on by her work injury and this is a common phenomena when dealing with Fibromyalgia.

Please let me know whether or not you will authorize the evaluation within 21 days, and if not, I will file the necessary petition with the Workers' Compensation Court.

Very truly yours,

Michael J. Farley

MJF:mfa

670 WILLETT AVENUE • EAST PROVIDENCE, RHODE ISLAND 02915
(401) 437-3031 • FAX (401) 433-1605
e-mail: mfarley@eplaw.necoxmail.com