# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS,<br>Plaintiff,<br><br>vs.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 07-236S |

**DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. §1746**

I, Joseph S. Barr, Jr., M.D., of Needham, Massachusetts, do hereby declare under pains and penalties of perjury:

1. My name is Joseph S. Barr, Jr. I am a physician specializing in Orthopaedic Surgery. I received my medical Degree from Harvard University in 1960.

2. I became licensed in Massachusetts in 1962 and in Vermont in 1976 and was certified by the American Board of Orthopaedic Surgery in 1970. I am currently licensed to practice in Massachusetts.

3. I have been an Assistant Professor of Orthopaedic Surgery at Harvard Medical School since 1979 and have had surgical privileges at Massachusetts General Hospital and Faulkner Hospital. Appended hereto is my Curriculum Vitae.

4. I maintained a surgical practice through July 1, 2005. I maintain a full office practice through the present.

5. I have been asked to render my opinion as to whether the alleged actions of Amtrak employees, including lifting Ms. Reis off of the floor of a train, moving her from the

train to the station platform, and having her stand on the platform with her injured foot raised off of the ground for approximately ten (10) minutes while waiting for rescue services to arrive, furthered any injuries Ms. Reis incurred at the time of her fall or caused any additional injuries.

6. In preparation of this affidavit, I have reviewed Ms. Reis's Complaint, her medical records, x-rays of the right foot taken at Rhode Island Hospital on June 23, 2004; x-rays of the left shoulder taken on August 19, 2005; x-rays of both knees taken on October 4, 2004; an MRI of both knees taken on January 4, 2005; an MRI of the cervical spine taken on August 9, 2005; Ms. Reis's Deposition testimony and a transcription of Ms. Reis's recorded statement.

7. After reviewing the aforementioned documents, it is my opinion that there is no objective evidence to support the allegation that lifting Ms. Reis off of the floor of the train, moving her onto the station platform and having her stand supported, dangling her foot off of the ground caused her any new injuries or furthered any injury sustained in the initial fall.

8. With regard to Ms. Reis's injured foot, my review of her medical records, including x-rays taken of her injured foot, reveals that Ms. Reis fractured her third and fourth metatarsals, and possibly her second metatarsal, with very little displacement of her fractures. This type of injury is consistent with a trip and fall over a hard object, which would cause an instantaneous injury by way of a sudden, sharp application of force to the mid foot, such as the fall Ms. Reis describes taking on the train.

9. There is, however, no objective evidence in Ms. Reis's medical records to support a finding that any additional trauma occurred to her foot between her initial fall and the time EMTs arrived to take her to the hospital. Not only are Ms. Reis's medical records devoid of any mention of a secondary trauma resulting from her having been removed from the train, but my review of Ms. Reis's medical records reveals nothing that could be construed as supporting such

a finding. Furthermore, dangling one's injured foot above the ground simply does not cause additional trauma, and is in fact a proper method of keeping pressure off of the injured limb.

10. Similarly, with regard to Ms. Reis's knee injury, it is my professional opinion that there is no link between her knee injury and the actions of any Amtrak employee between the time of her fall and the time Ms. Reis was transported to the hospital. While Rhode Island Hospital records indicate that Ms. Reis complained of pain in her knee immediately following her fall, Ms. Reis did not seek medical attention for her knees until approximately a year after the initial injury. MRIs taken of both of her knees reveal no evidence of meniscal or ligamentous tears and show only a small popliteal cyst located behind Ms. Reis's right knee. Popliteal cysts occur commonly as a result of degenerative changes and day-to-day use and, in my professional opinion, Ms. Reis's cyst is unrelated to either her fall or having been moved after the fall.

11. With regard to Ms. Reis's shoulder injury, it is my opinion, based on my review of the aforementioned materials, that there is no objective evidence linking this injury to Ms. Reis's having been assisted off of the floor of the train and moved after her fall. There is no evidence of an initial complaint at or around June 23, 2004. Ms. Reis did not seek medical attention for pains in her shoulder until approximately a year after the initial injury. Had Ms. Reis's shoulder injury occurred on June 23, 2004, her symptoms would have existed far closer to the date of injury. Thus, it is my opinion that Ms. Reis's shoulder pains related to the small tear in her rotator cuff that occurred either spontaneously or in connection with her extended use of crutches and a cane.

12. It is also my opinion, based on my review of the aforementioned materials, that the bulging discs in Ms. Reis's neck are consistent with a woman of her age and are unrelated to her fall or her having been lifted and moved from the train to the platform. There simply is no

objective evidence that Ms. Reis's neck injury occurred or was exacerbated between the time of her fall and the time EMTs transported her to the hospital or that these injuries created any additional neurological problems for Ms. Reis at any point during her treatment.

13. I hold the opinions expressed above to a reasonable degree of medical certainty.

Joseph S. Barr, Jr., M.D.

**CURRICULUM VITAE**

DATE PREPARED: July, 2007

NAME: **Joseph Seaton Barr, Jr. MD**

ADDRESS: 0 Emerson Place, Suite 120
Boston, MA 02114
Telephone: 617-726-3563

HOME ADDRESS: 205 Edgewater Drive
Needham, MA 02492

E-MAIL jbarr@Partners.org FAX: 617-742-7849

DATE OF BIRTH: November 20, 1934

PLACE OF BIRTH: Boston, MA

EDUCATION:

| | | |
|---|---|---|
| 1952 | | Milton Academy, Milton, MA, Cum Laude |
| 1956 | A.B. | Princeton University, Princeton, NJ |
| 1960 | M.D. | Harvard Medical School, Boston, MA |

POSTDOCTORAL TRAINING:

Internship and Residencies:

| | |
|---|---|
| 1960-1961 | Surgical Internship, Peter Bent Brigham Hospital Boston, MA |
| 1961-1962 | Assistant Surgical Residency, Children's Hospital Boston and West Roxbury Veterans Administration Hospital, West Roxbury, MA |
| 1962-1964 | Assistant Surgeon, United States Navy Station Hospital, Taipei, Taiwan |
| 1965-1968 | Harvard combined Orthopaedic Program. Children's Hospital, Boston and Massachusetts General Hospital, Boston, MA |
| 1968 Jan. – June | Teaching Fellow in Orthopaedic Surgery Harvard Medical School, Boston, MA |

Joseph Seaton Barr, Jr., MD

LICENSURE AND CERTIFICATION:

| | |
|---|---|
| 1962 | Massachusetts License Registration No. 27088 |
| 1970 | American Board of Orthopaedic Surgery |
| 1976 | Vermont License No. 5665 |
| 1978-2001 | New Hampshire License No. 5851 |

ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1968-1969 | Instructor in Orthopaedic Surgery, Harvard Medical School |
| 1969-1979 | Clinical Instructor in Orthopaedic Surgery, Harvard Medical School |
| 1979- | Assistant Clinical Professor of Orthopaedic Surgery, Harvard Medical School |

HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1968-1984 | Associate Orthopaedic Surgeon and Active Staff Massachusetts General Hospital, Boston, MA |
| 1968- | Active Staff, Faulkner Hospital, Jamaica Plain, MA |
| 1969-1980 | Active Staff, New England Baptist Hospital, Boston, MA |
| 1981-1990 | Active Staff, New England Deaconess Hospital, Boston, MA |
| 1970-1982 | Consultant, Pondville Hospital, Norfolk, MA |
| 1970-1985 | Consultant, Falmouth Hospital, Falmouth, MA |
| 1971-1980 | Consultant, Gardner Crippled Children's Clinic, Gardner, MA |
| 1980-1994 | Consultant, Massachusetts Hospital School, Canton, MA |
| 1985-1994 | Associate in Orthopaedics, Spaulding Rehabilitation Hospital, Boston, MA |
| 1995 - | Visiting Orthopaedic Surgeon, Massachusetts General Hospital Boston, MA |

HOSPITAL AND HEALTH CARE ORGANIZATION SERVICE RESPONSIBILITIES:

| | |
|---|---|
| 1979-1984 | Record Room Committee, Massachusetts General Hospital |
| 1979-1985 | Staff Associates Executive Committee, Massachusetts General Hospital |
| 1983-1984 | Executive Committee, Faulkner Hospital |
| 1984-1985 | Secretary/Treasurer, Medical Staff, Faulkner Hospital |
| 1985-1987 | Vice President, Medical Staff, Faulkner Hospital |
| 1985-1987 | Chairman, Massachusetts General Hospital Staff Associate Subcommittee on Malpractice |

| | |
|---|---|
| 1986-1987 | Member, Quality Assurance Board, Massachusetts General Hospital |
| 1987-1992 | Patient Care Assessment Executive Committee, Massachusetts General Hospital |
| 1985-1987 | Chairman, Utilization Review Committee, Faulkner Hospital |
| 1987-1989 | President, Medical Staff, Faulkner Hospital |
| 1987-1989 | Chairman, Quality Assurance Committee, Faulkner Hospital |
| 1989-1991 | Chairman, By-Laws Committee, Faulkner Hospital |
| 1989-1991 | Chairman, Committee on Health Status of the Medical Staff Faulkner Hospital |
| 1998- | Member, Operating Room Committee, Faulkner Hospital |

MAJOR ADMINISTRATIVE RESPONSIBILITIES:

| | |
|---|---|
| 1972- | Medical Director, Physical and Occupational Therapy Department, Faulkner Hospital |
| 1975-1998 | Chief, Amputation Clinic, Massachusetts General Hospital |
| 1976-1985 | Research Affiliate, Department of Medical Engineering, Massachusetts Institute of Technology |
| 1987-1989 | President, Medical Staff, Faulkner Hospital |
| 1989-2006 | Chief, Division of Orthopaedic Surgery, Faulkner Hospital |

MAJOR COMMITTEE ASSIGNMENTS:

Medical School:

| | |
|---|---|
| 1975- | Class Agent, Class of 1960, Harvard Medical School |
| 1980-1981 | Vice President, Harvard Medical School Alumni Association |

Regional:

| | |
|---|---|
| 1981-1985 | Secretary, Boston Orthopaedic Club |
| 1985-1987 | President, Boston Orthopaedic Club |

Joseph Seaton Barr, Jr., MD

AFFILIATED INSTITUTIONS:

Massachusetts General Hospital:

| | |
|---|---|
| 1979-1984 | Record Room Committee |
| 1979-1985 | Staff Associates Executive Committee |
| 1985-1987 | Chairman, Staff Associates Subcommittee on Malpractice |
| 1986-1987 | Member, Quality Assurance Board |
| 1987-1992 | Patient Care Assessment Executive Committee |

Faulkner Hospital:

| | |
|---|---|
| 1983-1984 | Executive Committee |
| 1984-1985 | Secretary/Treasurer Medical Staff |
| 1985-1987 | Vice President, Medical Staff |
| 1985-1987 | Chairman, Utilization Review Committee |
| 1987-1989 | President, Medical Staff |
| 1987-1989 | Chairman, Quality Assurance Committee |
| 1989-1991 | Chairman, By-Laws Committee |
| 1989-1991 | Chairman, Committee on Health Status of the Medical Staff |
| 1998- | Operating Room Committee |

NATIONAL

American Academy of Orthopaedic Surgeons:

| | |
|---|---|
| 1972-1978 | Committee on Rehabilitation |
| 1978-1979 | Program Committee |
| 1979-1985 | Summer Institute Committee |
| 1984-1990 | Committee on the Spine |
| 1985-1990 | Instructional Course Committee, Chairman 1988 |
| 1986-1988 | Coordinating Committee for the Annual Meeting |
| 1990-1992 | Council on Orthopaedic Resources, Secretary |
| 1990-1996 | Committee on Educational Programming, Chairman 1992-1996 |
| 1991 | Chairman, AAOS Workshop, "Lasers in Orthopaedic Surgery" |
| 1992-1996 | Council on Education |
| 2004- | 75th Anniversary Project Team |

OTHER NATIONAL

| | |
|---|---|
| 1983-1989 | Trustee, Orthopaedic Research and Education Foundation |
| 1985 | Chairman, Program Committee, Cervical Spine Research Society |
| 1985- | Examiner, American Board of Orthopaedic Surgery |
| 1986-1991 | Treasurer, Cervical Spine Research Society |

| | |
|---|---|
| 1987-2003 | Member, Field Test Task Force Group, American Board of Orthopaedic Surgery. |
| 1988 | Chairman, Program Committee, Twentieth Century Orthopaedic Association |
| 1990- | Medical Director, Orthopaedic Research and Education Foundation |
| 1990-1992 | Orthopaedic Consultant, Graduate Medical Education, National Advisory Council Study on Manpower |
| 1991-1992 | President-Elect, Cervical Spine Research Society |
| 1992-1993 | President, Cervical Spine Research Society |
| 1994-1998 | Treasurer, Twentieth Century Orthopaedic Association |

PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1972- | American Academy of Orthopaedic Surgeons |
| 1978- | Cervical Spine Research Society |
| 1980- | American Orthopaedic Association |
| 1983- | Twentieth Century Orthopaedic Association |
| 1987-1997 | Northeast Medical Association |

COMMUNITY SERVICE RELATED TO PROFESSIONAL WORK

| | |
|---|---|
| 1989-95 | Vestry, Christ Church, Needham, MA |
| 1995-99 | Warden, Christ Church |
| 1997- | Corporate Member of the Board, Woods Hole Oceanographic Institution, Woods Hole, MA |
| 2004- | Warden, Christ Church, Needham, MA |

EDITORIAL BOARDS

| | | |
|---|---|---|
| | 1990 | Associate, Editorial Board, SPINE |
| 1991 | 2006 | Reviewer, Journal of Bone and Joint Surgery |

AWARDS AND HONORS

1985 President, Boston Orthopaedic Club
1993 President, Cervical Spine Research Society

RESEARCH, TEACHING, AND CLINICAL CONTRIBUTIONS

A. Not applicable
B. Not applicable
C. Not applicable
D. Report of Teaching

1999 1) Lecturer and Co-chairman, Boston Prosthetics and Orthotics Course, March 11-12, 1999

2) Lecturer, "Medical Preparation" Marion-Bermuda Race Symposium, Massachusetts Institute of Technology, March 27,

3) Lecturer, Lower Extremity Amputations, Massachusetts General Hospital Physical Therapy Students, September 14, 1999
4) Lecturer, Lower Extremity Amputations, Simmons College Physical Therapy
5) Faculty and Lecturer, "Workers Compensation Case Management: A Multi-Disciplinary Perspective", AAOS CME Course, Chicago, IL November 12-14, 1999.

2000 1) Lecturer and Co-chairman, Boston Prosthetics and Orthotics Course, March 30-31, 2000.
2) Examiner, American Board of Orthopaedic Surgery (ABOS) Oral Examinations. Chicago, IL July 11-13, 2000.
3) Lecturer, "Lower Extremity Amputations", Massachusetts General Hospital Institute of Health Professions, September 18, 2000.
4) Faculty Member and Lecturer, "Functional Restoration", AAOS CME Course, "Occupational Orthopaedics", Baltimore, MD. November 10-12, 2000
5) Lecturer, "Lower Extremity Amputations", Simmons College Physical Therapy Department, December 5, 2000.

2001 1) Lecturer and Co-chairman, Boston Prosthetics and Orthotics Course, May 17-18, 2001
2) Lecturer, "Lower Extremity Amputations", Massachusetts General Hospital Institutes of Health Professions, September 12, 2001.
3) Co-chairman, AAOS, CME Course on "Occupational Orthopaedics", Las Vegas, NV, November 2-4, 2001. Lecturer, "Low Back Pain in the Workplace"

2002 1) Speaker, "Report on The OREF" Massachusetts Orthopaedic Association Annual Meeting, April 10, 2002.
2) Lecturer, "Return To Work Issues: Back Pain", AAOS CME Course on "Occupational Orthopaedics", Chicago, IL, November 1-3,2002.

2003 1) Lecturer, "Medical Preparations" Marion-Bermuda Race Symposium, MIT Cambridge, MA. March 22, 2003.
2) Speaker, "Report on the OREF", MA Ortho Assn Meeting, April 15, 2003 .
3) Lecturer, "Lower Extremity Amputations" Simmons College Physical Therapy, October 20, 2003.
4) Local Host and Lecturer, "Return to Work Issues After Low Back Pain", AAOS CME Course on "Occupational Orthopaedics", Cambridge, MA October 31- November 2, 2003

2004
1) Lecturer "Lower Extremity Amputations" MGH Institute of Health Professions. January 16, 2004.
2) Speaker, Report on the OREF", MA Ortho Assn Meeting, April 21, 2004.
4) Examiner, ABOS Oral Examinations. Chicago, IL July 12-15, 2004.

5) Lecturer, "Lower Extremity Amputations" Simmons College Physical Therapy, October 6, 2004
6) Lecturer, "Return to Work by Treatment Algorithms and Consensus Documents for Spine" AAOS CME Course on "Occupational Orthopaedics", Costa Mesa, CA November 5-7, 2004.
7) Local Host, Cervical Spine Research Society Annual Meeting, Boston, MA December 8-11, 2004.

2005
1) Lecturer, "Lower Extremity Amputations, MGH Institute of Health Professions, January 14, 2005.
2) Lecturer, "Upper Extremity Amputations" CORE Curriculum MGH, February, 16, 2005.
3) Lecturer, "Medical Preparations" Marion-Bermuda Safety at Sea Symposium, MIT March 26, 2005
4) Speaker, "OREF Report" MA Ortho Assn, Waltham, April 13, 2005
5) Lecturer, "Return to Work by Treatment Algorithms and Consensus Documents for Spine" and "Chronic Pain and its Management" AAOS CME Course on "Occupational Orthopaedics" Las Vegas, NV, October 28, 2005.
6) Speaker at the Dedication of the William R. MacAusland, Jr. Medical Annex, Stratton Mountain, VT December 9, 2005

2006
1) Lecturer, "Lower Extremity Amputations" Simmons College Physical Therapy April 6, 2006.
2) Speaker, "OREF Report" MA Ortho Assn, Waltham, April 26, 2006
3) Local Host, Annual Meeting of the Twentieth Century Orthopaedic Association Rockland, ME August 23-27, 2006.
4) Lecturer, "Lower Extremity Amputations" Simmons College Physical Therapy September 9, 2006.
5) Lecturer, "How I Approach the IME". AAOS CME Course on "Occupational Orthopaedics" Phoenix, AZ, October 26-29, 2006.
6) Lecturer, "Is There Life After Surgery?" Course Chairman, AAOS Course "Life After Orthopaedics" Hilton Head Is., SC November 2-5, 2006.

2007
1) Lecturer, "Lower Extremity Amputations" Harvard Combined Orthopaedic Residency Program Core Program Feb 7, 2007.

Joseph Seaton Barr, Jr., MD

2) Lecturer, "Lower Extremity Amputations" Simmons College Physical Therapy, March 22, 2007.
3) Lecturer, "Medical Preparations" Marion-Bermuda Safety At Sea Symposium MIT March 24, 2007.
4) Speaker "OREF Report" MA Ortho Assn, Waltham, April 11, 2007

REPORT OF CLINICAL ACTIVITIES:

1) The clinical practice of Orthopaedic Surgery with emphasis on adult reconstruction (total hip and knee replacement) and spine surgery. Sites of practice: Massachusetts General Hospital, Faulkner Hospital, Dedham Medical Associates.
2) Patient Load: Approximately 100 outpatient visits a week. Approximately 150 major operative cases a year.
3) Not applicable
4) Not applicable

CURRENT ACTIVITIES

I stopped doing surgery on 7/1/05. I remain in full time office practice seeing patients, doing consultations, IMEs (independent medical evaluations) and medico-legal review and consultation.

BIBLIORAPHY:

Original Reports:

1) Hoffman, JF Eden, M. Barr, JS, Jr., and Bedell, RHS. The Hemolytic Volume of Human Erythrocytes. J. Cell Comp. Physiol., 1968; 51:405.

2) Kinney, JM, Goldwyn, RM, Barr, JS, Jr., and Moore, FD. Loss of the Entire Jejunum and Ileum and the Ascending Colon. J. Am. Med. Assoc., 1962, 179:529

3) Barr, JS, Jr., Experiences with a Sliding Nail in Femoral Neck Fractures. Clin. Ortho. Rel. Research 1973; 92:63.

4) Warren, R. James, RC, Banks, HH, Barr, JS, Jr., Bonner, CD and Mooney. MV. The Boston Interhospital Amputation Study. Arch. Surg. 1973; MVI. 107:861.

5) Barr, JS, Jr., Diagnosis and Treatment of Infections Following Internal Fixation of Hip Fractures, Ortho. Clin. North. Am. 1974; 5:847

6) Barr, JS, Jr., Presidential Address, "The Third Decade: Cervical Spine Research Society," Spine 1994; 19:pp2254-2257

Joseph Seaton Barr, Jr. MD

Reviews

1) Barr, JS, Jr., Orthopaedic Consultant. Dorland's Illustrated Medical Dictionary, 25th Edition. W. B. Saunders, Philadelphia 1974.

2) Barr, JS, Jr., Contributor, Chapters 20, 21 and 31. In: Cave, E. Burke, J. and Boyd, R, Eds., Trauma Management. Yearbook Medical Publishers, Chicago 1974

3) Barr, JS, Jr., Contributor, Chapter on Orthopaedic Emergencies. In: Wilkins, E. Moncure, A, and Dineen, J, Eds., Textbook of Emergency Medicine. Williams and Wilkins, Baltimore 1978.

4) Barr, JS, Jr., Contributor, Chapter on Total Joint Replacement. In: A Comparison to the Life Sciences. Integrated Medicine, Vol 1, SG Day, MD. Van Nostrand Reinhold Co. New York 1981.

5) Barr, JS, Jr., Contributor, (With Pierce, DS), Chapter on the Use of Halo Orthosis, pp. 189-196 and Chapter on the Skull and Upper Cervical Spine, pp. 196-205, In: The Cervical Spine. J.B. Lippincott Co., Philadelphia, 1983.

6) Barr, JS, Jr., Section 32, Hip and Femur: Trauma. In: Orthopaedic Knowledge Update I, Home Study Syllabus, pp. 287-296. American Academy of Orthopaedic Surgeons, Chicago, 1984.

7) Barr, JS, Jr., Editor, Patient Information Booklet: "Low Back Pain," American Academy of Orthopaedic Surgeons, Chicago 1986.

8) Barr, JS, Jr., Contributor (with Heros, RC, and Pierce, DS) Chapter on The Treatment of Spinal Trauma, pp. 512-532. In: Trauma of Management, Yearbook Medical Publishers Inc., Chicago, 1988.

9) Barr, JS, Jr., Editor, "Instructional Course Lectures," Volume 38, American Academy of Orthopaedic Surgeons, Park Ridge, IL 1989.

10) Barr, JS, Jr., Contributor (with Krag, MH, and Pierce, DS), Chapter on "Cranial Traction in the Halo Orthosis." Pages 299-311, and Contributor (with Pierce, DS) Chapter on "Fractures and Dislocations at the Base of the Skull and Upper Cervical Spine," Pages 312-324 In: "The Cervical Spine", Second Edition, J.B. Lippincott Co., Philadelphia 1989.

11) Barr, JS, Jr., Contributor, Book Review on "Prosthetics and Orthotics" by Shurr, DG, Cook, TM, Appleton and Lange. 1990, Journal of Bone and Joint Surgery, volume 72-A: 955, 1990.

12) Barr, JS, Jr., Chapter "Skeletal Traction" pp 3-14 In: "The Cervical Spine, An Atlas of Surgical Procedures, J.B. Lippincott Co., Philadelphia 1994.

July 1, 2007