UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH A. REIS**

**VS C.A. NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff in the above captioned matter and respectfully requests an additional sixty (60) days to respond to Defendant's Motion for Summary Judgment. Plaintiff has just received Defendant's Motion today, February, 8, 2008 and will be required to retrieve certain transcripts from the Bankruptcy Court in order to adequately respond to at least one of the arguments for Summary Judgment filed by the Defendant.

Plaintiff represents that this matter has been discussed with Defendant's attorney and he has no objection to the sixty-day extension.

Plaintiff,
By her attorney,

Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

**CERTIFICATION**

I hereby certify that on the 7th day of Feb, 2008 I sent a true copy of within via regular mail to: Paul E. Dwyer, Jr., Esquire, 2800 Financial Plaza, Prov., RI 09203.