UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELIZABETH A. REIS,

*Plaintiff,*

v.

NATIONAL PASSENGER RAILROAD CORPORATION,

*Defendant.*

Civil Action No. 07-236 S

**DEFENDANT NATIONAL PASSENGER RAILROAD CORPORATION'S MOTION TO COMPEL FOR PHYSICAL EXAMINATION PURSUANT TO RULE 35**

NOW comes the defendant, National Railroad Passenger Corporation ("Amtrak") and moves this Court for an order compelling plaintiff Elizabeth A. Reis to attend an independent medical examination in Boston at a date mutually agreeable by the parties. Plaintiff contends that she is unable to travel to Boston due to her medical condition. Defendant contends that the evidence indicates otherwise.

In support of its Motion, defendant attaches its Memorandum of Law.

Defendant's attorney certifies that he has conferred with plaintiff's counsel regarding scheduling an independent medical examination in this matter and has been unable to resolve this issue without Court intervention.

NATIONAL PASSENGER
RAILROAD CORPORATION,

By its attorney,

/s/ Paul E. Dwyer, Jr.

Paul E. Dwyer, Jr., Esq. (#3956)
EDWARDS ANGELL PALMER
& DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (*fax*)
pdwyer@eapdlaw.com

Dated: March 21, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2008, I caused a copy of the within document to be sent by first class mail, postage pre-paid, the following counsel of record:

Frederick A. Costello, Esq.
Flaherty, Butterfield & Costello
33 College Hill Road
Suite 20D
Warwick, RI 02886

/s/ Paul E. Dwyer, Jr.