# EXHIBIT A

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

Janice D. Hadden
401.528.5836
*fax* 617.227.4420
jhadden@eapdlaw.com

February 22, 2008

Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886

**Re: Elizabeth A. Reis v. National Passenger Railroad Corporation**
**C.A. No. 07-236S**

Dear Fred:

We have received a number of dates and times during which Dr. Barr is available to perform an IME on the Plaintiff. They are as follows:

March 19 at 10:30 am or 1:30 pm
April 2 at 1:00 pm
April 11 at 10:00 am or 1:00 pm

Because Dr. Barr is unable to hold these dates, I would ask that you please choose one or more that would be convenient and let me know as soon as possible.

Very truly yours,

Janice D. Hadden
Paralegal/Project Coordinator

JDH/km
Enclosures

PRV 937895.1