# EXHIBIT B

**Surveillance Investigation**
**Claimant's Residence**
**Wednesday, July 25, 2007**

**9:30 a.m.**

I arrived in the vicinity of the claimant's residence to again find no vehicles in the driveway and the garage door closed. No lights or activity could be observed at the residence, but a few of the windows in the home were open. It was noted however that an empty garbage can was lying next to the sidewalk in front of the claimant's home. At this time I obtained my previous surveillance position.




**10:40 a.m.**

The claimant was first observed as she exited her residence and walked down to the sidewalk to retrieve her garbage can. It was noted that she carried a large bag over her left shoulder at this time. After placing the lid back onto the garbage can, the claimant dragged the can back up her driveway.

**10:42 a.m.**

The claimant departed the area alone in her Sonata. Mobile surveillance was initiated.

**10:53 a.m.**

After pulling into the parking lot of Providence Piers Dock Conley, she met up with an older female wearing white cowboy hat. After retrieving something from her trunk, she and the female walked to the pier.

**11:04 a.m.**

After purchasing a ticket for the 11:15 a.m. ferry to Newport, the claimant was observed as she stood in line with the older female.

**11:16 a.m.**

The claimant and her companion boarded the ferry and departed the area for Newport.

**11:36 a.m.**

Video documentation was obtained of the claimant as she sat on the upper-deck of the ferry as it headed towards Newport.

**12:04 p.m.**

Further video documentation was obtained of the claimant on the ferry.

**12:37 p.m.**

After the ferry docked in downtown Newport, the claimant was observed as she exited the boat, crossed the dock, and walked towards the terminal.

**12:40 p.m.**

Video documentation was obtained of the claimant and the older female walking down the streets of Newport.

**12:42 p.m.**

The claimant and her companion entered the Newport Gateway Transportation & Visitors Center.

**1:06 p.m.**

After using grabbing many tourist pamphlets and discussing the trolley tour schedules with one of the tour guides, the claimant and the female exited the building. They then continued walking through Newport.

**1:09 p.m.**

Further video documentation was obtained of the claimant as she and the older female continued walking through Newport.

**1:13 p.m.**

Further video documentation was obtained of the claimant as she and the older female continued walking through Newport.

**1:15 p.m.**

Video documentation was obtained of the claimant and the older female as they window shopped near some of the small boutiques. The claimant was still noted to carry the large bag over her shoulder.




**1:19 p.m.**

After reading the menu posted in the front of 22 Bowen's Wine Bar & Grill, the claimant and the older female were observed as they walked out of the restaurant.

**1:30 p.m.**

After sitting down at a table located on the 2nd floor deck of The Landing Restaurant, video documentation was obtained of the claimant and the older female as they spoke with a waitress.

**1:47 p.m.**

Video documentation was obtained of the claimant as she and the older female remained sitting at the table in the restaurant. While sitting, the claimant was observed to recline, sit forward, reach behind her back, and cross her legs without showing any sign of impairment.

**2:02 p.m.**

Video documentation was obtained of the claimant as she and the older female remained sitting at the table in the restaurant.

**2:12 p.m.**

Further video documentation was obtained of the claimant as she and the older female remained sitting at the table in the restaurant.

**2:22 p.m.**

Further video documentation was obtained of the claimant as she and the older female remained sitting at the table in the restaurant.

**2:32 p.m.**

Further video documentation was obtained of the claimant as she and the older female remained sitting at the table in the restaurant.

**<u>2:45 p.m.</u>**

Further video documentation was obtained of the claimant as she and the older female remained sitting at the table in the restaurant. At this time she was noted to sit forward, and bend at the waist to reach down and lift her bag from the floor. Again she showed no sign of impairment.

**<u>2:52 p.m.</u>**

The claimant stood up from her table and walked into the rear section of the restaurant where she could not be observed. The older female remained sitting at the table.

**<u>2:59 p.m.</u>**

The claimant returned to the table and sat back down in her chair. She then was observed to use her cell phone.

**<u>3:20 p.m.</u>**

The claimant and the older female stood up and departed the restaurant on foot, walking down the front wooden staircase.

**<u>3:22 p.m.</u>**

The claimant and the female were observed as they stood in front of "The Sail Loft" and looked at jewelry. They then continued on their way down the sidewalk.

**<u>3:32 p.m.</u>**

Video documentation was obtained as they claimant and the older female began walking away from downtown Newport, towards a residential area.
**<u>3:23 p.m.</u>**

Further video documentation was obtained of the claimant as she and her companion walked down the sidewalks into a residential area.

**<u>3:39 p.m.</u>**

The claimant and the older female became obstructed from view as they entered an unknown private residence located near the intersection of Memorial Blvd and Golden Hill St.

**<u>5:30 p.m.</u>**

Whereas no further claimant activity had been observed, surveillance efforts were discontinued.

This appears to complete the investigation as assigned and we are forwarding our report for review. However, if your review of the report suggests further investigative measures be pursued please contact this office and we will do so upon receipt of your request. Thank you for choosing Access!

Respectfully submitted,

C. Atwood

C. Atwood
Surveillance Investigator

***ACCESS INVESTIGATIONS INC.***

Enclosed: VIDEO CD