# EXHIBIT C

*SERVICE, EXPERIENCE, RESULTS!*

# ACCESS Investigations, Inc.

## CONFIDENTIAL SURVEILLANCE REPORT

**Prepared For AMTRAK CLAIMS**
**Claimant: Elizabeth Reis**
**Claim #: 92958**
**Insured: Amtrak**




346 Washington Street, #302
Braintree, MA 02184
www.accessinv.com

Phone: 781-337-9007
Fax: 781-337-9009

Email: info@accessinv.com

**Surveillance Investigation**
**Claimant's Residence**
**Monday, October 15, 2007**

**8:33 a.m.**

I arrived at the claimant's file-provided address of 19 Ausdale Road in Cranston, RI. Upon arrival I posted a surveillance position.

**11:11 a.m.**

Drive by surveillance of the residence found no outside activity. I returned to my surveillance position.

**1:44 p.m.**

The claimant departed the immediate area of the residence operating her Hyundai Sonata, RI Reg. HT-657. Mobile surveillance ensued and videotape evidence was secured.




**1:46 p.m.**

The claimant arrived at Rite Aide in Cranston, Rhode Island. She emerged from the vehicle and can be described as wearing a gray sweatshirt and jeans. The claimant entered the store disappearing from view.

**2:05 – 2:07 p.m.**

Videotape evidence was secured of the claimant as she emerged fro Rite Aide, walked through the parking lot and placed her bag into the rear seat of her vehicle. The claimant then got into the driver's seat briefly before walking back through the parking lot to Chelo's Hometown Bar and Grille which is located next to Rite Aide in the same parking lot. When observed the claimant moved in a normal, fluid manner and was unassisted by medical or supportive devices.

**2:10 – 2:40 p.m.**

The claimant emerged from Chelo's Hometown Bar and Grille and walked through the parking area to her vehicle. Once inside the vehicle, the claimant remained seated there

for several minutes. Videotape evidence continued. After remaining for several minutes in the vehicle, she departed. Mobile surveillance ensued.

**2:43 p.m.**

The claimant arrived at a US Post Office Mail box located on the side of the roadway. She dropped a letter in the box then departed. Videotape evidence was secured and mobile surveillance continued.

**2:55-2:56 p.m.**

The claimant arrived at Home Depot located in Warwick, Rhode Island. She exited the vehicle, walked through the parking lot and entered the store. When observed, the claimant continued to move in a normal, fluid manner. Videotape evidence was secured.

**3:00 – 3:01 p.m.**

The claimant emerged from Home Depot, walked to her vehicle and departed the area. Videotape evidence was secured and mobile surveillance ensued.

**3:05 – 3:07 p.m.**

The claimant arrived at Lowe's also located in Warwick, Rhode Island. She got out of the vehicle and walked through the parking lot carrying a small bag. The claimant then entered the store disappearing from view.

**3:45 – 3:50 p.m.**

The claimant emerged from Lowe's at this time and walked through the parking lot to her vehicle where she placed a small bag into the trunk. She then got into the vehicle and departed the area. Videotape evidence continued and mobile surveillance ensued.

**3:52 – 3:53 p.m.**

The claimant arrived at the Christmas Tree Shop located in Warwick, Rhode Island. She got out of her vehicle and retrieved a shopping cart before walking through the parking lot and entering the store. The claimant continued to move in a normal, fluid manner.




**4:42 – 4:44 p.m.**

The claimant emerged from the Christmas Tree Shop carrying a medium sized bag. She placed the bag into the trunk of her car, got into the driver's seat and departed the area. Videotape evidence and mobile surveillance continued.

**5:08 p.m.**

The claimant arrived back at her residence at this time, parking her vehicle in the garage. A surveillance position was posted.

**6:00 p.m.**

With the claimant remaining at the residence, surveillance was discontinued at this time.