# EXHIBIT D

# ACCESS Investigations, Inc.

125 Church Street, Suite 90-312
Pembroke, MA 02359
Phone: 781-337-9007
www.accessinv.com
National Surveillance Experts
Case Access: Online Video, Reports, & Invoicing
Toll Free: 800 592 0051
Fax: 781-337-9009
Email: info@accessinv.com

# CONFIDENTIAL SURVEILLANCE REPORT




Prepared For AMTRAK CLAIMS
Claimant: Elizabeth Reis
Claim #: 92958
Insured: AMTRAK

**SERVICE∗EXPERIENCE∗RESULTS!**

**12:03 p.m.**

The male subject departed the claimant's home alone in the Dodge.

**1:30 p.m.**

A discreet inquiry into the claimant's home confirmed her presence within.

**3:00 p.m.**

Surveillance was discontinued at this time as the claimant remained within her home.

**Surveillance Investigation**
**Claimant's Residence**
**Sunday, January 6, 2008**

**8:07 a.m.**

I arrived at the claimant's file-provided address of 19 Ausdale Road in Cranston, Rhode Island. Upon arrival I posted a surveillance position.

**9:11 a.m.**

A male subject at the home to the right walked his dog.

**10:14 a.m.**

The claimant departed the area operating her Hyundai bearing RI registration HT-657. I initiated a mobile surveillance.

**10:17 a.m. – 10:20 a.m.**

She arrived at a home on Leyden Street. She remained within the driver's seat of her vehicle as she waited for a female subject, believed to be her mother, to enter the passenger seat. Videotape evidence was secured. After the female subject entered the passenger seat, they departed. A mobile surveillance ensued as videotape evidence was secured.

**10:21 a.m.**

The claimant arrived at a residence on Melrose Street. She waited in the vehicle for an unidentified male subject to exit the home and enter the rear seat of her vehicle. The claimant soon departed with the two passengers and a mobile surveillance was continued. Videotape evidence was secured.

REIS, Elizabeth




**10:27 a.m. – 10:28 a.m.**

The claimant arrived at Mother Cabrini Church located on Poplar Avenue in Cranston. She exited her vehicle and walked fluidly and with a normal gait while carrying a handbag in her right hand. She entered the Church as videotape evidence was secured. On this day she was attired in a long black coat and tan slacks.




**11:41 a.m. – 11:44 a.m.**

The claimant exited the Church and walked to her vehicle with a normal gait and without any outward signs of restriction. She reentered the driver's seat and remained inside the vehicle conversing with her two passengers for a few minutes before they departed as videotape evidence was secured. A mobile surveillance ensued.

**11:49 a.m.**

The claimant returned to the home on Melrose Street. She remained within the vehicle as the male subject exited her vehicle and reentered his home. The claimant departed with the female passenger believed to be her mother as videotape evidence was secured.

**11:54 a.m.**

The claimant arrived at T's Restaurant located on Park Avenue in close proximity to Leyden Street. She parked to the rear in a very crowded lot. I was unable to locate a surveillance position to obtain footage of the claimant as se entered the restaurant with her companion.




**2:22 p.m. – 2:25 p.m.**

The claimant and her companion exited T's. She walked to her vehicle with a normal gait and entered the driver's seat. Videotape evidence was secured as she displayed no outward signs of restriction. She repeatedly cleaned her sunglasses on her sweater before she placed them on. She then placed on a pair of gloves and the she departed the restaurant operating her vehicle. I resumed a mobile surveillance.

**2:27 p.m.**

The claimant arrived at the home on Leyden Street and dropped off the female subject, believed to be her mother. She then departed and I continued a mobile surveillance.

**2:30 p.m.**

The claimant returned to her residence. I obtained a surveillance position nearby.

**3:00 p.m.**

The claimant displayed no further external activity. I discontinued this surveillance and departed the area.

This appears to complete the investigation as assigned and we are forwarding our report for review. However, if your review of the report suggests further investigative measures be pursued please contact this office and we will do so upon receipt of your request. Thank you for choosing Access!

Respectfully submitted,

J. Skrzypiec
Surveillance Investigator

***ACCESS INVESTIGATIONS INC.***

Enclosed: VIDEO CD