UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS, Plaintiff, | : | |
| v. | : | CA 07-236 S |
| NATIONAL PASSENGER RAILROAD CORPORATION, Defendant. | : | |

**ORDER**
**GRANTING MOTION TO COMPEL**
**PHYSICAL EXAMINATION**

Before the Court is Defendant National Passenger Railroad Corporation's Motion to Compel for Physical Examination Pursuant to Rule 35 (Document ("Doc.") #13) ("Motion to Compel Physical Examination" or "Motion"). Plaintiff Elizabeth A. Reis ("Plaintiff") has filed an objection to the Motion. See Plaintiff's Objection to Defendant's Motion to Compel for Physical Examination Pursuant to Rule 35 (Doc. #17). A hearing was conducted on April 17, 2008.

The Motion is GRANTED subject to the following conditions:

1. Defendant shall pay the reasonable cost of a driver and vehicle to transport Plaintiff to and from the appointment with Dr. Joseph Barr in Boston, Massachusetts. Plaintiff may select the driver and vehicle. If the transportation is provided by other than a commercial limousine service, the cost to Defendant shall not exceed the amount which would be charged by a commercial limousine service.

2. Plaintiff shall be offered the option of having the appointment as early as 10:00 a.m. or as late as 2:00 p.m.

3. The examination shall be stayed if within fourteen days of the date of this order Plaintiff files an affidavit from her treating physician which states:

a) that he has reviewed the surveillance investigation reports[1] concerning Plaintiff and

b) that to a reasonable degree of medical certainty Plaintiff is unable to tolerate being driven to and from Boston, Massachusetts, in a chauffeured vehicle (which vehicle can make rest stops during the trip at the request of Plaintiff) for a one hour medical examination.

4. If Plaintiff files the affidavit described in paragraph 3, within twenty-one days after such filing she shall submit to a medical examination in the State of Rhode Island by a licensed physician of Defendant's choice. The purpose of such examination will be to determine whether Plaintiff is able to travel to Boston, Massachusetts, as described in paragraph 3b above. Following such examination, Defendant shall provide a copy of the report of the examining physician to the Court and to Plaintiff's counsel. The Court will then determine whether a further hearing is required relative to the location of the examination by Dr.

[1] These investigation reports are attached as Exhibits B through D to the Memorandum of Law in Support of National Passenger Railroad Corporation's Motion for Physical Examination Pursuant to Rule 35.

Barr.[2]

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 17, 2008

[2] Plaintiff should understand that the examination in Rhode Island is for the purpose of determining whether she is able to travel to Boston, Massachusetts. It is not (unless Defendant so chooses) a substitute for the examination which Defendant seeks pursuant to Fed. R. Civ. P. 35. Thus, even if the Court ultimately determines that Plaintiff is unable to travel to Boston, she will still have to submit to another examination in Rhode Island or nearby Massachusetts conducted by Dr. Barr or a physician of Defendant's choosing.