UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH REIS**

**VS CIVIL ACTION NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff in the above captioned matter and objects to Defendant's Motion for Summary Judgment. The basis for said Objection is contained in the attached Memorandum.

Plaintiff,
By her attorney,

/s/ Frederick A. Costello
Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

**CERTIFICATION**

I hereby certify that on the _______ day of __________, 2008 I sent a true copy of within via regular mail to: Paul E. Dwyer, Esquire, Andrew J. Murray, Esquire, Edwards, Angell Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, RI 02903-2499.

/s/ Frederick A. Costello