[redacted]

Amtrak

# NON-EMPLOYEE INJURY/ILLNESS REPORT

(This form is to be completed any time a guest is injured or ill, whether on a train or in an Amtrak facility)

**Incident Information:**

1. Incident Date: 6 23 04 Incident Time: 9:55 ☒ AM ☐ PM
2. Type of Event: ☐ First Aid Only Injury ☒ Medical Treatment Injury ☐ Fatality ☐ Personal Illness (Describe)
3. City: PROVIDENCE
4. State: RI
5. County:
6. Nearest Amtrak Station: PVD
7. Railroad Mile Post: 185.1
8. Specific location: (#6 Track etc.) TRACK 1
9. Class of: ☒ C = Guest on train (Boarding or Detraining) ☐ D = Guest not on the train (Station Injuries) ☐ E = Trespasser ☐ F = Contractor (working or railroad equipment) ☐ G = Contractor (NOT working on railroad equipment) ☐ H = Volunteer (Working on Railroad Equipment) ☐ I = Volunteer (Not Working on Railroad Equipment) ☐ J = Guest not on railroad property
10. Train Number (If Applicable): 2159
11. Car Number (If Applicable): 3507
12. Originating Station: BOS
13. Destination Station: WAS

**Description of Event:**

14. What does the guest say he/she was doing when the event occurred? (Walking through the Club car) PASSING BETWEEN CARS
15. How does the guest say the event occurred? (Tripped over an exposed carpet edge) WITNESS CLAIMS SHE WAS TRIPPED BY ANOTHER PASSGR
16. What does the guest say caused the event? (Loose Carpet in the Club Car)
17. What does the guest say was the result of the event? (Bruised right leg and left elbow)

PLAINTIFF'S EXHIBIT NO. 1 FOR IDENTIFICATION 3-28-08 Fy DATE: RPTR:

**Treating or Medical Facility/Provider:**

18. Did the injured person decline first aid and/or medical treatment? ☒ Yes ☐ No
19. Was injured person taken to a Medical Facility? ☒ Yes ☐ No If Yes complete blocks 24 through 29
20. Did the injured person lose consciousness? ☐ Yes ☒ No
21. Was the First Aid Administered? ☐ Yes ☐ No By whom:
22. Was the AED used? ☐ Yes ☒ No By whom:
23. Was CPR performed? ☐ Yes ☒ No By whom:
24. Name of Treating or Medical Facility: (Hershey Medical Center)
25. Name of Treating or Medical Provider:
26. Telephone Number of Medical Facility:
27. Address Treating or Medical Facility/Provider:
28. City:
29. State:

RECEIVED JUN 23 2004 LEGAL/CLAIMS DEPT. NEW HAVEN, CT AMTRAK

**Guest Information:**

30. Last Name:
31. First Name:
32. MI:
33. Home Address:
34. City:
35. State:
36. Zip:
37. Home Phone Number: ( ) -
38. Date of Birth: / /
39. Gender ☐ Male ☐ Female
40. Social Security Number:

**Debriefing and Critique (49CFR Part 239): Complete this Section if you are On-Board A Train.**

41. Did you contact the Amtrak Control Center? ☒ No If NO, Explain why not: CONTACTED MAIN LINE TRAIN DISP. ☐ Yes If Yes, what center was contacted:
42. Date/Time Control Center was contacted: / / : ☐ AM ☐ PM
43. Did you contact the Host Railroad Control Center? ☒ No If NO, Explain why not: ☐ Yes If Yes, what center was contacted:
44. Date/Time Control Center was contacted: / / : ☐ AM ☐ PM
45. Time Emergency Unit was contacted (If known): 10:00 ☒ AM ☐ PM
46. Time Emergency Unit Arrived: : ☐ AM ☐ PM
47. Was a professional clean-up company used: ☐ Yes ☒ No If Yes, what company was used:
48. Comments/Remarks (Describe any unusual circumstances surrounding this incident):

**Point of Contact Information:**

49. SSN of person completing form: [redacted]
50. Printed name of person completing form: E. B. RADOVICH
51. Title of person completing form: CONDUCTOR
52. Phone number of person completing form: [redacted]
53. Date/Time Event was Reported: 6 23 04 10:00 ☒ AM ☐ PM
54. Date/Time form Completed: 6 23 04 10:30 ☒ AM ☒ PM

# NON-EMPLOYEE PERSONAL STATEMENT

*(To be completed and signed by the injured person)*

| Last Name: | First Name: | MI: | SSN: |
|---|---|---|---|
| Date of Accident: / / [redacted] | Amtrak may need to contact you within the next 5 days. Please provide a list of telephone numbers where you can be reached. Be sure to include the appropriate area code. | | |
| Place of Accident: | | | |

How did the accident happen?

What caused the accident?

Describe the injury/illness:

| | | | | | |
|---|---|---|---|---|---|
| Were you provided first aid treatment at the place of the accident? | ☐ Yes | ☐ No | Were you taken to a medical facility for treatment? If Yes, what facility were you taken to? | ☐ Yes | ☐ No |

Describe the treatment provided:

Witnesses:

WITNESS

| Name | Address |
|---|---|
| CATHERINE BORUCH | |
| NANCY BRENSSON | |
| | |
| WOMAN TRIPPED ON HER BAG | |
| | |
| | |

**Signature of Injured Person:**

AMTRAK

01 01

23JUN04 PVD 14A9B6

X

1 1F 23JUN04 0950A

BRENSSON/NANCY MS 2V 2159

PROVIDENCE, RI

NEW YORK PENN, NY 23JUN 19DEC04 J EXPRSS RSNESS

VALID PHOTO ID REQUIRED

NO PARTIAL REFUND IF USED ON OTHER SERVICE

EXPRESS ... SHOULDER FARE - TRVL OK ALL DAY 31MAY 5JUL 6SEP ...

NO TRVL 1201A-859A & 200P-559P MO-FR R88.00

ASK FOR RESTRICTIONS

Form of Payment EX 1674834261282

Rail Fare $88.00

Accom Charge $.00

Total Charge $88.00

Fare Plans JOSE

Pricing Pts PVD-NVP

Tkt. Ptr. Q33A

0975850385966

STOCK CONTROL NO.

1759279111769

TKT NO – DO NOT MARK OR STAMP IN WHITE AREA

NRPC 3116 (11/01) Word Template Page 2

# NON-EMPLOYEE PERSONAL STATEMENT

*(To be completed and signed by the injured person)*

| Last Name: | First Name: | MI: | SSN: |
|---|---|---|---|

Date of Accident: / / [redacted]

Place of Accident:

Amtrak may need to contact you within the next 5 days. Please provide a list of telephone numbers where you can be reached. Be sure to include the appropriate area code.

How did the accident happen?

What caused the accident?

Describe the injury/illness:

Were you provided first aid treatment at the place of the accident? ☐ Yes ☐ No

Were you taken to a medical facility for treatment? ☐ Yes ☐ No
If Yes, what facility were you taken to?

Describe the treatment provided:

Witnesses:

WITNESS

| Name | Address | Telephone |
|---|---|---|
| CATHERINE BORUCH | | |
| NANCY BRENISSON | | 212 734 2936 |
| | | |
| WOMAN TRIPPED | | |
| ON HER BAG | | |
| | | |

**Signature of Injured Person:** **Date:** / /