UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH A. REIS**

**VS C.A. NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION**
**A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

**AFFIDAVIT UNDER SECTION 9-19-27**
**OF THE RHODE ISLAND GENERAL LAWS**

Now comes the duly authorized representative of the undersigned renderers of medical, dental or hospital services and makes Affidavit under oath and states as follows:

1. That I am the physician, dentist or authorized agent of the hospital or health care facility rendering such services.

2. That I am duly licensed to practice MEDICINE in the State of Rhode Island and have been so licensed since July 1989.

3. That between the dates of SEPTEMBER 11, 2003 and present, ELIZABETH REIS came under my medical care.

4. That the fair and reasonable charge of rendering such service is set forth in an itemized bill which is attached hereto and made a part hereof, totaling $ — ;

5. That such services and/or treatments were necessary for the care of the patient.

6. It is my opinion based on a reasonable degree of medical certainty that the injuries and disabilities for which I treated ELIZABETH REIS are a direct result of the accident which is the subject of this litigation. Copies of all notes and records and other writings arising out of this treatment are attached hereto.

7. That the attached records, consisting of 1 pages were made in the regular course of business and that it was the regular course of such business to make such a record at or near the time of the transactions, occurrences or events recorded therein or within a reasonable period of time thereafter.

8. That it is my opinion based upon reasonable medical certainty that the disability and/or incapacity of the patient is a proximate result of the condition which I have diagnosed.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.**

Yul Ejnes MD
DR. YUL EJNES

Subscribed and sworn to before me this 29th day of April, 2008.

Joan Wall Boutier
NOTARY PUBLIC Notary Public