UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS, Plaintiff, | : | |
| v. | : | CA 07-236 S |
| NATIONAL PASSENGER RAILROAD CORPORATION, Defendant. | : | |

**ORDER STAYING**
**ORDER GRANTING MOTION TO COMPEL**
**PHYSICAL EXAMINATION**

The Order Granting Motion to Compel Physical Examination dated April 17, 2008 ("Order of 4/17/08"), is hereby STAYED to the extent that Plaintiff shall not be required to travel to Boston for an independent medical examination at this time. However, as stated in the Order of 4/17/08:

> [W]ithin twenty-one days of such filing,[1] [Plaintiff] shall submit to a medical examination in the State of Rhode Island by a licensed physician of Defendant's choice. The purpose of such examination will be to determine whether Plaintiff is able to travel to Boston, Massachusetts. Following such examination, Defendant shall provide a copy of the report of the examining physician to the Court and to Plaintiff's counsel. The Court will then determine whether a further hearing is required relative to the location of the examination by Dr. Barr.

---

[1] The filing to which the Order of 4/17/08 referred is an affidavit from Plaintiff's treating physician stating that he has reviewed the surveillance investigation reports concerning Plaintiff and concluded that, to a reasonable degree of medical certainty, Plaintiff is unable to tolerate being driven to and from Boston, Massachusetts, in a chauffeured vehicle for a one hour medical examination. See Order of 4/17/08 at 2. The Court received this affidavit on April 30, 2008.

Order of 4/17/08 at 2-3. Plaintiff is reminded that:

> [T]he examination in Rhode Island is for the purpose of determining whether she is able to travel to Boston, Massachusetts. It is not (unless Defendant so chooses) a substitute for the examination which Defendant seeks pursuant to Fed. R. Civ. P. 35. Thus, even if the Court ultimately determines that Plaintiff is unable to travel to Boston, she will still have to submit to another examination in Rhode Island or nearby Massachusetts conducted by Dr. Barr or a physician of Defendant's choosing.

Id. at 3 n.2.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 30, 2008