UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS, Plaintiff, | : | |
| vs. | : | Civil Action No. 07-236S |
| NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION, Defendant. | : | |

**DEFENDANT, NATIONAL PASSENGER RAILROAD CORPORATION'S, EMERGENCY MOTION TO COMPEL COMPLIANCE WITH A SUBPOENA DUCES TECUM**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant National Passenger Railroad Corporation, a/k/a National Railroad Passenger Corporation ("Defendant") hereby moves this Court to compel compliance with a subpoena duces tecum served upon Michael J. Farley, Esq. on April 29, 2008. In support of this Motion, the Court is respectfully referred to the accompanying memorandum of law and exhibits.

Defendant's attorney certifies that he conferred with Plaintiff's counsel regarding the subpoena at issue at which time Attorney Costello informed Defendant's counsel that the Plaintiff, Elizabeth Reis, will not waive the attorney-client privilege with regard to Attorney Farley and, as a result, Attorney Costello will invoke the attorney-client privilege and instruct Attorney Farley not to answer the questions posed at the upcoming deposition, previously scheduled for May 6, 2008 but continued to sometime later this week. On May 5, 2008, counsel for the Defendants spoke with Attorney Paul Ryan, counsel for Attorney Farley and, at that time, was informed Attorney Farley would be objecting to Defendant's Motion and invoking the attorney-client privilege and the Fifth Amendment privilege on behalf of Ms. Reis as grounds for

his opposition. Based on the foregoing, counsel cannot resolve this Emergency Motion without Court intervention and requests oral argument before the Court.

**DEFENDANT RESPECTFULLY REQUESTS ORAL ARGUMENT OF THIS MOTION**

NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,

By Its Attorneys,

__/s/ Paul E. Dwyer, Jr.____________
Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 5, 2008 a copy of the foregoing Motion to Compel in the above-captioned case has been served by ECF to the following attorney(s).

Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886
fac15@aol.com

/s/ Paul E. Dwyer, Jr.

The undersigned hereby certifies that on this 5th day of May 2008, I have sent, via first-class mail and facsimile, a true and accurate copy of within Motion to Compel to the following counsel of record:

Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915
P-(401) 437-0660
F-(401) 433-1605

/s/ Paul E. Dwyer, Jr.