UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS,<br>Plaintiff,<br><br>vs.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 07-236S |

**NATIONAL PASSENGER RAILROAD CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR AN EMERGENCY CONFERENCE AND BRIEF CONTINUANCE OF A SUMMARY JUDGMENT HEARING**

Now comes the Defendant, National Passenger Railroad Corporation a/k/a National Railroad Passenger Corporation (hereinafter "Amtrak" or "Defendant") and hereby submits this Memorandum of Law in support of Defendant's Motion for an Emergency Conference and Brief Continuance of a May 12, 2008 hearing on Defendant's Motion for Summary Judgment.

At present, Defendant's Motion for Summary Judgment is pending before the Court and is scheduled for hearing on May 12, 2008. In part, Defendant's Motion argues that Plaintiff's claim is barred by the principle of judicial estoppel as Plaintiff failed to list this claim in a prior Chapter 7 Bankruptcy Petition. On April 23, 2008, Plaintiff filed her opposition to Defendant's Motion supported by an affidavit of Attorney Robert B. Jacquard and an affidavit executed by Plaintiff. The clear intent of the affidavits was to defeat Defendant's judicial estoppel arguments. The submission of the affidavits, however, served to waive the attorney-client privilege regarding this claim as it existed between not only Attorney Jacquard and Plaintiff but also as it existed between Attorney Farley and Plaintiff. The waiver is discussed in detail in Defendant's Emergency Motion to Compel, which is presently pending before the Court.

As discussed in the Emergency Motion to Compel and the Motion for an Emergency Conference and Brief Continuance of the Summary Judgment Hearing, the issues raised by Plaintiff's opposition and the Emergency Motion to Compel are critical to the determination of Defendant's Motion for Summary Judgment. As Plaintiff has now attempted to defeat the Motion with self-serving affidavits only disclosing those portions of the attorney-client communications Plaintiff felt were beneficial to her case, Defendant must be able to inquire further into the issues raised by the affidavits to fully address these points.

For this reason, Defendant respectfully requests an Emergency Conference with the Court to address the issues raised by this Motion and the Emergency Motion to Compel and also requests a brief continuance of the May 12, 2008 hearing so that the pending issues can be resolved prior to the Court's determination of the Motion for Summary Judgment.

NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,

By Its Attorneys,

/s/ Paul E. Dwyer, Jr.

Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 5, 2008 a copy of the foregoing Memorandum of Law in the above-captioned case has been served by ECF to the following attorney(s).

Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886
fac15@aol.com

/s/ Paul E. Dwyer, Jr.

The undersigned hereby certifies that on this 5th day of May 2008, I have sent, via first-class mail and facsimile, a true and accurate copy of within Memorandum of Law to the following counsel of record:

Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915
P-(401) 437-0660
F-(401) 433-1605

/s/ Paul E. Dwyer, Jr.