UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS,<br>Plaintiff, | : | |
| vs. | : | Civil Action No. 07-236S |
| NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,<br>Defendant | : | |

**MOTION OF THE DEFENDANT, NATIONAL PASSENGER RAILROAD CORPORATION FOR AN EMERGENCY CONFERENCE AND BRIEF CONTINUANCE OF A SUMMARY JUDGMENT HEARING**

Now comes the Defendant, National Passenger Railroad Corporation a/k/a National Railroad Passenger Corporation (hereinafter "Amtrak" or "Defendant") and hereby submits this Motion for an Emergency Conference and Brief Continuance of a May 12, 2008 hearing on Defendant's Motion for Summary Judgment. Specifically, Defendant requests a conference with the Court to address the issues presented by Plaintiff's opposition to a subpoena served upon Michael J. Farley, Esq., Plaintiff's former counsel. In support of this Motion, the Court is respectfully referred to the accompanying memorandum of law.

Defendant's attorney certifies that Attorney Costello, counsel for the Plaintiff, informed Defendant's counsel that the Plaintiff, Elizabeth Reis, will not waive the attorney-client privilege with regard to Attorney Farley and, as a result, Attorney Costello will invoke the attorney-client privilege and instruct Attorney Farley not to answer the questions posed at the upcoming deposition, presently scheduled for May 6, 2008. On May 5, 2008, counsel for the Defendant spoke with Attorney Paul Ryan, counsel for Attorney Farley, and, at that time, was informed Attorney Farley would be objecting to Defendant's subpoena and invoking the attorney-client

privilege and the Fifth Amendment privilege on behalf of Ms. Reis as grounds for his opposition. Based on the foregoing, Defendant's counsel concluded the issues could not be resolved without Court intervention and filed an Emergency Motion to Compel, which is presently pending before the Court.

As the information sought by the subpoena is critical to the determination of Defendant's Motion for Summary Judgment, Defendant also respectfully requests a brief continuance of the May 12, 2008 hearing intended to address Defendant's Motion for Summary Judgment so that the issues raised by Defendant's Emergency Motion to Compel can be addressed and resolved prior to the Summary Judgment hearing.

NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,

By Its Attorneys,

/s/ Paul E. Dwyer, Jr.
Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 5, 2008 a copy of the foregoing Motion in the above-captioned case has been served by ECF to the following attorney(s).

Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886
fac15@aol.com

/s/ Paul E. Dwyer, Jr.

The undersigned hereby certifies that on this 5th day of May 2008, I have sent, via first-class mail and facsimilie, a true and accurate copy of within Motion to the following counsel of record:

Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915
P-(401) 437-0660
F-(401) 433-1605

/s/ Paul E. Dwyer, Jr.