UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS, Plaintiff, | : | |
| v. | : | CA 07-236 S |
| NATIONAL PASSENGER RAILROAD CORPORATION, Defendant. | : | |

**NOTICE AND ORDER**
**FOLLOWING MAY 7, 2008**
**TELEPHONE CONFERENCE**

On May 7, 2008, the Court conducted a telephone conference with counsel in the above matter as a result of the Motion of the Defendant, National Passenger Railroad Corporation for an Emergency Conference and Brief Continuance of a Summary Judgment Hearing (Doc. #32) ("Motion for Conference"). During the conference the Court advised counsel: 1) that it had granted the Motion for Conference; 2) that the hearing on Defendant, National Passenger Railroad Corporation's, Emergency Motion to Compel Compliance with a Subpoena Duces Tecum (Doc. #30) ("Motion to Compel") would be held at 2:00 p.m. on May 21, 2008; 3) that the hearing on Defendant's motion for summary judgment has been tentatively scheduled for June 2, 2008, but probably will have to be rescheduled to a later date; 4) that Defendant is to file by May 12, 2008, a brief supplemental memorandum (not to exceed five pages) in support of its request that Attorney Michael J. Farley ("Attorney Farley") should be required to produce a privilege log

as to any documents sought by Defendant's subpoena duces tecum which he seeks to withhold on grounds of privilege; 5) that Plaintiff's opposition to the Motion to Compel[1] is due by May 17, 2008; and 6) that counsel for Attorney Farley may file a motion to quash the subpoena, supported by a memorandum, but must do so by May 17, 2008.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 7, 2008

[1] The Court intends that Plaintiff's opposition to the Motion to Compel shall also include any opposition to Defendant's request that Attorney Farley be required to produce a privilege log.