UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

ELIZABETH A. RBIS
Plaintiff

VS. Civil Action No.: 07-236S

NATIONAL PASSENGER RAIL-
ROAD CORPORATION, *NKlA*
NATIONAL RAILROAD
PASSENGER CORPORATION
Defendant

**ENTRY OF APPEARANCE**

NOW comes S. Paul Ryan, Esquire and hereby enters his appearance on behalf of Michael 1. Farley, Esquire in the above-entitled action.

Respectfully submitted,
Michael 1. Farley, Esquire,
By his Attorney,

/S/ S. Paul Ryan
S. Paul Ryan, Esq. (#2264)
670 Willett Avenue
East Providence, RI 02903
(401) 437-0660
(401) 433-1605 (Fax)
spryan@eplaw.necoxmail.com

CERTIFICATION

I hereby certify that on the 16th day of May, 2008, a copy of the within was mailed to:

Paul E. Dwyer, Jr., Esq.
Andrew 1. Murray, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence,RI 02903

Frederick A. Costello, Esq.
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886

/S/ S. Paul Ryan