UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

ELIZABETH A. REIS
Plaintiff

VS. Civil Action No.: 07-236S

NATIONAL PASSENGER RAIL-
ROAD CORPORATION, NK/ A
NATIONAL RAILROAD
PASSENGER CORPORATION
Defendant

**MOTION TO OUASH**

Pursuant to Rule 45 (3) (A) (iii) of the Federal Rules of Civil Procedure movant, Michael J. Farley, Esquire, hereby moves this Honorable Court to quash the subpoena issued in the within matter for him to produce files relating to the Plaintiff herein and to testify in a deposition.

For just cause movant states that this subpoena violates both the attorney-client privilege and the Fifth Amendment of the United States Constitution regarding self incrimination.

WHERFORE, you movant prays this Honorable Court grant the within Motion.

Respectfully submitted,
Michael J. Farley, Esquire,
By his Attorney,

/S/ S. Paul Ryan

S. Paul Ryan, Esq. (#2264)
670 Willett Avenue
East Providence, RI 02903
(401) 437-0660
(401) 433-1605 (Fax)
spryan@eplaw.necoxmail.com

CERTIFICATION

I hereby certify that on the 16th day of May, 2008, a copy of the within was sent electronically to:

Paul E. Dwyer, Jr., Esq.
Andrew J. Murray, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Frederick A. Costello, Esq.
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886

/S/ S. Paul Ryan