UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH REIS**

**VS CIVIL ACTION NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Now comes the Plaintiff in the above captioned matter and pursuant to Rules 26B and C of the Federal Court Rules of Civil Procedure, requests a Protective Order preventing the deposition and production of records of Attorney Michael Farley, former counsel of Plaintiff Elizabeth Reis. The basis for said Motion is contained in the attached Memorandum.

Plaintiff,
By her attorney,

/s/ Frederick A. Costello
Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

## CERTIFICATION

I hereby certify that on the 16th day of May, 2008 I sent a true copy of the foregoing Motion and Memorandum via ECF to Paul E. Dwyer, Esquire

______________________