PLAINTIFF'S EXHIBIT

350
209
$559

Elizabeth A. Reis [redacted]59
19 Ansdale Rd [redacted]1528
Cran 02910 [redacted]

$220000 House — $250,000
179,000 1st Mort RI Housing
17,000 Bank RI 2nd

Tour operator 20yrs.
Prov./Warw. Visitors Position
Dir. Travel Industry Sales
Since May/03 $49,000
June 04 → Fell on Amtrak Train
Broke foot 3 places/ligament/knees/Fibromyalgia flareup.
Att. Mike Farley [redacted]
$536.34 w/c week
260. month long term disability since Jan.
410. month c. support
Sonata 05 — $16,500 — owed

$4000 tax return. Business loan $12,000
Credit $5,000

Mort 1417.00 Citi 7000
H2O 105.00 Advanta 9600
Gas 150.00 Bank Card 2000
Elec 75.00 Cap One 1000.
Tele/inter. 95.00
Food 600
Med ins. 92.40
out of pocket meds 250.
upkeep 100.
Car payment 290.
Car ins. 100.
3234