UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH REIS**

**VS CIVIL ACTION NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

**PLAINTIFF'S OBJECTION TO DEFENDANT'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM**

Now comes the Plaintiff in the above captioned matter and objects to Defendant's Emergency Motion to Compel Compliance with Subpoena Duces Tecum. The basis for said Objection is contained in the attached Memorandum.

Plaintiff,
By her attorney,

/s/ Frederick A. Costello
Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

**CERTIFICATION**

I hereby certify that on the 16th day of May, 2008 I sent a true copy of the foregoing Motion and Memorandum via ECF to Paul E. Dwyer, Esquire.

_______________________