PLAINTIFF'S EXHIBIT 2

Transcription of audiocassette obtained from Seth Starr of Amtrak Claims Department.

This is Seth Starr speaking and I'm calling from Amtrak Claims. I'm speaking to Elizabeth Reis, discussing an incident that occurred on June 23, 2004. Today's date is July 02, 2004 and the time is now 10:52 a.m.

SS: Mrs. Reis, do you realize that I'm recording this interview?

ER: Yes.

SS: Okay. I guess, first of all, what was time that accident occurred?

ER: I had just gotten on the train in Providence and I was heading to New York and I got on around 9:50 a.m.

SS: Okay. Do you know what the train number was or anything like that?

ER: The train number; I know that it was the Acela 2159.

SS: Okay. Great. Now what actually happened on that date and time in question here?

ER: I had gotten on the train; I walked through the quiet(?) car and just as I was leaving the quiet car and going through the vestibule, I was just entering the vestibule, and I fell and I ended up on the other side of the vestibule.

SS: Okay. Did you fall on a, I guess, a foreign object?

ER: I don't remember that. I kind of passed out a little bit. I don't know if I tripped, you know, on the edge of someone's luggage or if my heel got caught as I was entering that vestibule.

SS: Were you wearing high-heeled shoes or something like that?

ER: They weren't high, no. No.

SS: They were just regular heeled shoes? Like a dress shoe kind of thing.

ER: Right.

SS: So you don't know whether there was a foreign object or anything like that?

ER: Right.

SS: Okay. What happened then?

ER: Well, I fell and I couldn't move. I was in agony. I was in such pain and all I remember hearing the conductor came and just kept saying, you know, "Lady, are you staying on or are you getting off? We need to keep the train moving."

SS: Was this a male or a female conductor?

ER: I didn't see the person because I wasn't looking up. I literally was down on the ground and couldn't move.

SS: Could you tell whether

ER: The voice sounded to me, most definitely, I would say 95% sure that it was a male.

SS: Okay.

ER: It was a deep, deep voice.

SS: Okay. So then what happened there? He was talking about rushing you off even though you were hurt?

ER: Yeah. I mean I was feeling very uncomfortable. I was so afraid that, you know, they were going to move the train and I was going, to like, be injured and they didn't care and they just kept, they would have like just left and I would have still be there on the ground. And there was a Providence Amtrak security guy or a policeman or something that, you know, ended up taking me off the train. Literally dragged me off the train. I couldn't move or stand on my foot. I had to stand hanging onto the security guard guy's shoulder with my injured foot dangling for 10 minutes before the rescue team arrived and put me on a stretcher.

SS: Okay. Do you know what the security guy's his name was or can you describe him?

ER: No. He was, he actually was very nice. He felt bad. He was short, stubby, short and you know kind of on the heavy-set side. I think he was kind of balding, but I'm not sure, but he was short and stubby.

SS: Do you know if he was white, black or Hispanic?

ER: He was white.

SS: Okay. So you were standing holding on to him for approximately how long?

ER: Oh. It had to be, well it didn't have to be because I had a watch on and I was pretty much looking at my watch the whole time and it was almost ten minutes and then like a minute before the rescue got there, they brought a wheelchair down. I wasn't in that wheelchair like 45 seconds and then the rescue people with the stretcher came off the elevator onto the track and then they moved me again from the wheelchair which didn't have, you know, it was a broken wheelchair, they couldn't even get the things up where I could put my leg up and then they put me up onto, the rescue people put me up onto the stretcher.

SS: Okay. In the meantime, how come he was having you hold onto him? Was there anyplace to sit down on there?

ER: No. We were down on the tracks. There was nothing.

SS: Okay.

ER: I mean it was

SS: So it was out on the tracks when you got off?

ER: Yeah. He gave me the option of sitting down on the ground, but you, I mean, I was like on my way to New York on, you know, business, I mean I was all dressed up and I couldn't even hardly move; the last thing I wanted to do was to get down and try to sit on the ground.

SS: Right. Yeah, definitely in a suit you don't want to

ER: I mean I was scared to, I didn't even want to get off the train, you know, I mean, anyway.

SS: Okay. So did this police officer say he would do a report or?

ER: He said, yeah, he was going to put in report and I thought for sure I would have heard from Amtrak way before I ended up calling and talking to Martha on, what was the date I called and talked to her? The 25th.

SS: Okay. That was on Friday, last Friday?

ER: Correct.

SS: Okay. So basically, after the paramedics came, were you taken by ambulance to the hospital?

ER: I was taken by ambulance to Rhode Island Hospital and they did x-rays and said that I had a very nasty break, that I broke my right foot in two places and they asked me what had happened and when I told them, they said that Amtrak should have never, ever moved me until medical help arrived. That dangling my foot definitely made the injury worse and then come to find out, when I went to the doctor again yesterday, or the specialist yesterday for the first time, he said not only did I break my foot in two places but that I had torn the ligaments and when he said that my foot had been dangling for ten minutes, he said that that definitely could have happened and/or made it worse when I was dangling my foot.

SS: Okay. Are they talking about surgery or?

ER: I may have to have surgery; his words and I quote, were, "This is the most unusual, unique and nasty foot injury that I have ever seen" and he said even if we wanted to do surgery, we can't until the swelling goes down. It's like the foot is purple.

SS: Okay. Do you know what doctor that is?

ER: The one I saw yesterday was Mark Palumbo.

SS: Okay.

ER: At University Orthopedics.

SS: Okay.

ER: The one that I'm going to see that is just a foot and ankle specialist next Wednesday is Christopher DiGiovanni.

SS: Okay. Okay. What do you do for work, if I might ask?

ER: I'm the Director of Tourism for the Providence/Warwick Convention Visitors Bureau.

SS: Okay. What does that job entail? Is that mostly office work?

ER: Well, it's office work but I'm, like, right now this is like the worst time this could happen because this is our busiest tour season.

SS: I imagine.

ER: I'm supposed to be getting on and off motor coaches with, you know, 500 motor coaches that are going to be coming for the AAA all-star game in Pawtucket and tall ships in Newport this month. It's awful.

SS: Okay. Well, I guess, are there any facts about this incident that you'd like to add?

ER: No.

SS: Okay. Have you understood all of my questions?

ER: Yes.

SS: Have your answers been true and correct to the best of your knowledge?

ER: Most definitely.

SS: Okay. Thank you for the interview. Do I have permission to turn off the recorder?

ER: Sure.

SS: Okay. I guess, let me ask you quickly, again, if there are any facts about the incident that you would like to add?

ER: Just that this is going under Workers' Compensation because I was on my way to exhibit a trade show in New York when this happened.

SS: Okay. Do you know who your Workers' Compensation carrier is?

ER: Yes. Beacon Mutual Insurance Company and the adjuster for this is Maria Pate and their phone number is 401.825.2889.

SS: Okay. Again, is there anything else that you'd like to add?

ER: No, just that if you need to get in touch with my employer, which is the Providence/Warwick Convention and Visitors Bureau, Joyce Specifico is our finance human resource director and that number is 401.274.1636.

SS: Okay. Thank you again for the interview. Do I have permission to turn off the recorder?

ER: Sure.