PLAINTIFF'S EXHIBIT 5

350
209
$559

Elizabeth A. Reis [redacted] 59
19 Ausdale Rd [redacted] 1528
Cran 02910 [redacted]

$220000 House — $250,000
179,000 1st Mort RI Hous.
17,000 Bank RI 2nd

Tour operator 20 yrs.
Prov./Warw. Visitors Position
Dir. Travel Industry Sales
Since May/03 $49,000
June 04 → Fell on Amtrak Train
Broke Foot 3 Places/Ligament/Knees/Fibromyalgia Flare up.
Att. Mike Farley 437-3031
$536.34 w/c week
200- Month Long Term Disability Since Jan.
410. Month C. Support
Sonata 05 — $16,500 — owed

$4000 Tax Return. Bucknell Loan $12,000
Credit $5,000.00

Mort 1417.00 Citi 7000
2nd 105.00 MBNA 9600
Gas 150.00 Bank card 2000
Elec 75.00 Capone 1000.
Tele/Inter. 75.00
Food 600
Med Ins. 92. Mo
Out of Pocket Meds 250.
Upkeep 100.
Car Payment 250.
Car Ins. 100.
3234