UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS, Plaintiff, | : | |
| vs. | : | Civil Action No. 07-236S |
| NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION, Defendant. | : | |

**DEFENDANT, NATIONAL PASSENGER RAILROAD CORPORATION'S, OBJECTION TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

Now comes the Defendant, National Passenger Railroad Corporation, a/k/a National Railroad Passenger Corporation ("Defendant"), and hereby files this Objection to the Motion of the Plaintiff, Elizabeth Reis, for a Protective Order.

In support of this Objection, Defendant refers the Court to the accompanying memorandum of law.

NATIONAL PASSENGER RAILROAD
CORPORATION, A/K/A NATIONAL
RAILROAD PASSENGER
CORPORATION,

By Its Attorneys,

/s/ Paul E. Dwyer, Jr.
Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2008 a copy of the foregoing Objection in the above-captioned case has been served by ECF to the following attorney(s).

Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886
fac15@aol.com

/s/ Paul E. Dwyer, Jr.

The undersigned hereby certifies that on May 19, 2008, I have sent, via first-class mail and facsimile, a true and accurate copy of within Objection to the following counsel of record:

Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915
P-(401) 437-0660
F-(401) 433-1605

/s/ Paul E. Dwyer, Jr.