UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS, Plaintiff, | : | |
| v. | : | CA 07-236 S |
| NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION, Defendant. | : | |

**ORDER**
**DENYING MOTIONS FOR**
**PROTECTIVE ORDER AND TO QUASH**

On May 27, 2008, the Court issued a memorandum and order granting Defendant, National Passenger Railroad Corporation's Emergency Motion to Compel Compliance with a Subpoena Duces Tecum (Doc. #30). See Memorandum and Order Granting Motion to Compel (Doc. #47). The related motions, namely Plaintiff's Motion for Protective Order (Doc. #39) and the Motion to Quash (Doc. #37) filed by Attorney Michael J. Farley, are accordingly DENIED.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
May 27, 2008