Case 1:07-cv-00236-S-DLM Document 42-4 Filed 05/16/2008 Pa[illegible]

PLAINTIFF'S EXHIBIT

#5

350
209
$559

Elizabeth A. Reis [redacted]59
19 Ausdale Rd [redacted]1528
Cran 02910 [redacted]

$220000 House — $250,000
179,000 1st Mort RI Housing
17,000 Bank RI 2nd

Tour operator 20 yrs.
Prov./Warw. Visitors Position
Dir. Travel Industry Sales
Since May/03 $49,000
June 04 → Fell on Amtrak Track
Broke Foot 3 Places/Ligament/Knees/Fibromyalgia Fracture.
Att. Mike Fancey 437-3031
$536.34 w/c week
260 Month Long Term Disability Since Jan.
410. Month C. Support
Sonata 05 — $16,500 — owed

$4000 Tax Return. Bu Cross Loan $12,000
Credit 5,0000

Mort 1417.00 Citi 7000
2nd 105.00 Nova 9600
Gas 150.00 Bank card 3000
Elec 75.00 Capone 1000.
Tele/inter. 75.00
Food 600
Med ins. 92. Mo
Out of pocket meds 250.
Upkeep 100.
Car payment 250.
Car ins. 100.
3234