UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS, Plaintiff, | : | |
| vs. | : | Civil Action No. 07-236S |
| NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION, Defendant. | : | |

**DEFENDANT, NATIONAL PASSENGER RAILROAD CORPORATION'S, RESPONSE TO PLAINTIFF'S APPEAL OF THE COURT'S MAY 27, 2008 ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

Now comes the Defendant, National Passenger Railroad Corporation, a/k/a National Railroad Passenger Corporation ("Defendant"), in accordance with Rule 72(c)(3) and hereby files this Response to the Appeal of the Plaintiff, Elizabeth Reis, of the Court's May 27, 2008 Memorandum and Order granting Defendant's Emergency Motion to Compel Compliance with a Subpoena Duces Tecum. In support of this Response, Defendant refers the Court to the accompanying memorandum of law.

NATIONAL PASSENGER RAILROAD
CORPORATION, A/K/A NATIONAL
RAILROAD PASSENGER
CORPORATION,

By Its Attorneys,

*/s/ Paul E. Dwyer, Jr.*

Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2008 a copy of the foregoing Response in the above-captioned case has been served by ECF to the following attorney(s).

Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886
fac15@aol.com

*/s/ Paul E. Dwyer, Jr.*

The undersigned hereby certifies that on June 13, 2008, I have sent, via first-class mail and facsimile, a true and accurate copy of within Response to the following counsel of record:

Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915
P-(401) 437-0660
F-(401) 433-1605

*/s/ Paul E. Dwyer, Jr.*