UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ELIZABETH A. REIS,

*Plaintiff,*

v.

NATIONAL PASSENGER RAILROAD CORPORATION,

*Defendant.*

Civil Action No. 07-236 S

**SUPPLEMENTAL FILING IN COMPLIANCE WITH THE ORDER STAYING ORDER GRANTING MOTION TO COMPEL PHYSICAL EXAMINATION**

NOW comes the defendant, National Railroad Passenger Corporation ("Amtrak") and in further support of its Motion to Compel Physical Examination and in compliance with the Court's Order staying the Order Granting Motion to Compel Physical Examination, submits the report and Curriculum Vitae of Thomas Morgan, M.D. (Attached as Exhibits "A" and "B")

Dr. Morgan performed an independent medical examination of Elizabeth Reis on May 19, 2008. His findings state in part, "In view of this unrateable impairment and her examination today, it is my opinion that Ms. Reis can travel to Boston for an orthopedic examination. Ms. Reis does do the activities of daily living. She does drive. She was able to exit her vehicle and walk into the office without difficulty. She was able to return to her vehicle and drive her vehicle without difficulty. She was able to complete a physical therapy session prior to my office evaluation."

Dr. Morgan goes on to say, "Further, I would respectfully disagree with Dr. Ejnes, her treating physician, that Ms. Reis with her fibromyalgia cannot travel. This would not be

strenuous or injurious to her health. It is my opinion that she can travel to Boston to see the orthopedic surgeon. She has demonstrated the ability to function and do the activities of daily living. Video surveillance has further supported this opinion as well as her normal examination today."

In light of Dr. Morgan's findings, Defendant requests that the Order staying the Order Granting Motion to Compel Physical Examination be lifted and that Plaintiff be ordered by the Court to submit to a physical examination by Joseph Barr, M.D., orthopedic surgeon, at his offices in Boston, Massachusetts.

NATIONAL PASSENGER
RAILROAD CORPORATION,

By its attorney,

/s/ Paul E. Dwyer, Jr.
Paul E. Dwyer, Jr., Esq. (#3956)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (*fax*)
pdwyer@eapdlaw.com

Dated: June 16, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2008, a copy of the within document will be sent by e-mail via the Court's CM/ECF System to the following counsel of record:

Frederick A. Costello, Esq.
Flaherty, Butterfield & Costello
33 College Hill Road
Suite 20D
Warwick, RI 02886

Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915
P-(401) 437-0660
F-(401) 433-1605

/s/ Paul E. Dwyer, Jr.