# EXHIBIT A

**THOMAS F. MORGAN, M.D.**

DIPLOMATE, AMERICAN BOARD OF NEUROLOGY AND PSYCHIATRY
AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS (CIME)

CLINICAL ASSISTANT PROFESSOR
DEPT. OF NEUROSCIENCES
BROWN UNIVERSITY
SCHOOL OF MEDICINE

INJURY & TRAUMA
AUTOMOTIVE MEDICINE
SPORTS MEDICINE
OCCUPATIONAL MEDICINE

May 28, 2008

Paul E. Dwyer, Jr.
Edwards Angell Palmer & Dodge
2800 Financial Plaza
Providence, RI 02903

Re: Elizabeth A. Reis
C.A. No. 07-236S
Date of IME: 05/19/08

Dear Mr. Dwyer:

In response to your request, I have reviewed information and performed an independent medical examination on Elizabeth Reis regarding her trip and fall injuries on an Amtrak train (05/19/08) and her medical conditions.

Ms. Reis presented to the office on time. I explained to her the purpose of an Independent Medical Examination, its difference from that of the treating physician and that a full report would follow this evaluation.

METHODOLOGY

As a Board Certified Neurologist and Independent Medical Examiner, this report is based on a diagnostic medical evaluation of the information listed below, my independent medical exam and an understanding of the relevant medical science on the subject matter.

- Incident recording by Ms. Reis regarding her injury event of 06/23/04 and recorded on 07/02/04.
- Reports from Rhode Island Hospital Emergency Room dated 06/23/04 and 06/27/04.
- X-ray of the left foot dated 06/27/04.
- Reports from Mark Palumbo, M.D.

54 JEFFERSON BLVD. WARWICK, RHODE ISLAND 02888
(401) 467-7720 FAX (401) 467-4550
email: Thomas_Morgan@brown.edu

Re: Elizabeth A. Reis
C.A. No. 07-236S
Date of IME: 05/19/08

May 28, 2008

- Reports from Chris DiGiovanni, M.D.
- Reports from Yul Ejnes, M.D.
- X-ray reports of right and left knee dated 10/04/04.
- Reports from Wendy Silversmith, M.D.
- Reports from University Orthopedics Physical Therapy.
- Reports from Randall Updegrove, M.D.
- MRI of the right knee dated 01/04/05 from X-ray Associates.
- Reports from Stephen Saris, M.D.
- MRI of the cervical spine dated 08/09/05 from XRA.
- Reports from Michael Wiggins, M.D.
- Reports from Rhode Island Hospital dated 04/24/06.
- CT scan of the brain from Rhode Island Hospital dated 04/24/06.
- MRI of the orbits and brain dated 06/08/07.
- CT scan of the right lower extremity dated 06/14/06.
- Reports from the Foot and Ankle Institute of New England.
- Reports from the Mercy Clinics, DesMoines, Iowa.
- Reports from Diana Wright, M.D.
- Plaintiff's answers to interrogatories.
- Deposition of Elizabeth Reis dated 12/10/07.
- Video surveillance and report dated 03/28/08, 03/21/08, 10/15/07.
- Defendant's interrogatories.
- Reports of Joseph Barr, M.D.

INJURY EVALUATION

On 06/23/04, Ms. Reis reports boarding the Acela train around 9:50 a.m. in Providence. Ms. Reis reports that she walked through the train. She carried a computer bag and purse in her right hand and a small bag in her left hand. She reports upon entering the vestibule a trip and fall. Ms. Reis reports that it might have been over some luggage. Ms. Reis relates that with this fall she landed on the floor of the vestibule and struck her left side with her right leg underneath her left leg. Ms. Reis reported immediate pain and discomfort in her right foot. She was removed from the train and waited for rescue.

Re: Elizabeth A. Reis
C.A. No. 07-236S
Date of IME: 05/19/08

May 28, 2008

At Rhode Island Hospital, she was noted to have right foot tenderness, swelling and bruises over the dorsum of her right foot in the mid foot zone. X-rays of her foot revealed fractures of the second through fourth metatarsals. Ms. Reis returned to the Emergency Room on 06/27/04 because of pain in the foot and in the right leg.

On 06/30/04, she saw Dr. Mark Palumbo, orthopedist. At that time, she was in a short leg splint with a nonweightbearing status. Dr. Palumbo noted swelling of the dorsum of the right foot, ecchymosis in that area and on the plantar surface of the foot. These were considered comminuted fractures of the base of the metatarsals.

She was referred to Dr. DiGiovanni, an orthopedic foot surgeon. On 07/07/04, Dr. DiGiovanni noted that Ms. Reis reported twisting her foot. It was his opinion that Ms. Reis had a stable foot injury and recommended short term casting. Repeat x-ray revealed mild to moderate displaced metatarsal shaft fractures with no evidence of damage to the foot joints.

On 07/09/04, Ms. Reis saw Susan Pitt, Nurse Practitioner for Dr. Ejnes, with no mention of her right foot.

Ms. Reis was seen by Dr. DiGiovanni on 08/25/04 for healing fractures of the right foot. He noted that Ms. Reis continued to require crutches and Dr. DiGiovanni was concerned regarding a flare up of her fibromyalgia.

On 10/04/04, Ms. Reis reported to Dr. Ejnes that she had increased pain and achiness in her knees as well as pain in her elbows, numbness down her arms, and pain in her left TM joint. Dr. Ejnes noted trigger point tenderness in her upper neck, trapezius and back. He reported that there was an increase in her baseline fibromyalgia symptoms representing a flare. Physical therapy was recommended.

Re: Elizabeth A. Reis
C.A. No. 07-236S
Date of IME: 05/19/08

May 28, 2008

On 10/27/04, Dr. DiGiovanni noted improvement in her foot and cleared her to return to work in all capacities except overnight travel. Repeat x-rays of the foot revealed good healing and good alignment.

INJURY CAUSATION

Ms. Reis was a 5′5″, 120 pound female who reportedly sustained a trip and fall that caused nondisplaced 2-4 metatarsal shaft fractures compatible with a trip and fall with forefoot flexion onto the surface of the train vestibule. There were no apparent complications to her metatarsal fractures. Ms. Reis was cleared to return to work on 10/27/04 by Dr. DiGiovanni.

PAST HISTORY

In November of 2003, Dr. Ejnes had noted her established fibromyalgia syndrome. He recommended symptomatic treatment and maintenance of normal function as much as possible. In September of 2003, it was also noted that Ms. Reis had treated Hashimoto's thyroiditis, fibrocystic breast disease, and paresthesias of her hand and foot. In 2001, Ms. Reis was evaluated at Mercy Clinic Arthritis Center and given a diagnostic impression of fibromyalgia syndrome.

MEDICAL CHRONOLOGY

On 11/03/04, Ms. Reis was seen by Dr. Silversmith, rheumatologist, who raised the question of a flare of her previously diagnosed fibromyalgia.

On 01/20/05, Dr. DiGiovanni cleared Ms. Reis to return to work in full capacity with respect to her right foot fracture.

Ms. Reis continued to be managed by Dr. Ejnes and Dr. Silversmith through 2005.

On 08/09/05, Ms. Reis complained of neck pain going into the left arm and left shoulder. MRI of the neck revealed multilevel

disc protrusions C5-6 and C6-7 with foraminal narrowing and uncovertebral osteophytes.

A neurosurgical consultation was obtained on 09/08/05 with Dr. Saris and his P.A. It was noted by Dr. Saris that she had left shoulder/arm symptoms with disc herniation and a histrionic demeanor with multiple nonorganic symptoms and signs. Surgery was discussed but observation was planned.

On 09/16/05, Ms. Reis saw Dr. Wiggins, orthopedist, who noted a diagnosis of adhesive capsulitis of the left shoulder and question of rotator cuff tear in the left shoulder. MRI reportedly showed a small rotator cuff tear but no surgery was carried out. There was a type 2 acromion on the MRI scan.

In November of 2005, Dr. Ejnes evaluated Ms. Reis for a rotator cuff tear and cervical disc herniation.

On 01/10/06, Dr. Ejnes noted treatment for her rotator cuff and herniated cervical disc as well as fibromyalgia and depression.

In April of 2006, she was seen at Rhode Island Hospital Emergency Room for chest pain and headaches. A CAT scan of the brain was normal.

Ms. Reis was followed by her primary care physician and given pain management through May and August of 2006.

A CT scan of her lower extremities, on 06/14/06, revealed old foot fractures.

In June of 2006, she was seen by the Foot and Ankle Institute.

An MRI of the brain in 2007 for visual loss was normal including the eye orbits.

She continued to follow up with Dr. Ejnes through the remainder of 2006 into 2007 with fibromyalgia and depression. In July of

Re: Elizabeth A. Reis
C.A. No. 07-236S
Date of IME: 05/19/08

May 28, 2008

2007, she developed some facial pains and tingling and Dr. Ejnes considered neuralgia, and Ms. Reis was placed on Tegretol.

In October of 2007, she was carrying the diagnosis of neuralgia, fibromyalgia, depression and acute thyroiditis.

Family history raises a question of whether her father had rheumatoid arthritis.

She denies tobacco or alcohol use. She is currently on no pain medication. She does take Tegretol for trigeminal neuralgia. She also takes Cyclobenzaprine, a muscle relaxant.

CURRENT STATUS

She awakes at 8 a.m. She goes to physical therapy and gets massages. She is able to drive and do the activities of daily living. She relates that, because of her fibromyalgia, it takes her about two and a half hours to get ready. She does have a teenage son at home who is in high school. She has not worked. She does complain of some feelings of depression and word finding problems. Ms. Reis did drive to the office today and this was after her physical therapy treatments at 9:30 a.m.

OCCUPATIONAL HISTORY

Currently, she is unemployed. She did work for the tourism bureau.

SOCIAL HISTORY

She is a single parent with a teenage son in high school.

REVIEW OF SYSTEMS

She has complaints of pain in the face, pain in the abdomen, pain in her knees, arms, neck, back, and shoulders. She relates that she also sees Dr. Donnelly for regulation of her neuralgia. She can lift a garbage bin.

Re: Elizabeth A. Reis
C.A. No. 07-236S
Date of IME: 05/19/08

May 28, 2008

She does leave the house. As the day goes on, her pain seems to worsen. She relates that she does not go out or have any social activity because of her fibromyalgia.

PAIN INVENTORY

She did do an AMA Guide pain impairment, which was essentially 9-10/10 pain interfering with all functions of living. Her pain drawing revealed symptoms in both arms, left face, both lower extremities, and back.

EXAMINATION

During the history portion of the examination, Ms. Reis did demonstrate pain behaviors including facial grimacing and stiffness of her neck with forward flexion. She described pain was everywhere. Her general examination reveals her to be about 5'5" and 140 lbs. She has a normal head circumference. She had some pain on her neck to the left but good range of motion in spite of her resistance to forward flexion. She had good range of motion of the shoulders and good range of motion of the knees. She did have high arches in her feet, but they were nontender with no obvious deformities over the old right foot fracture. I did not find any trigger points or fibrositic nodules on her back, chest or extremities.

Mental Status: Patient is alert, awake and oriented. She had some emotional lability with at times some unconcern and at other times tearful and states she has no life because of her fibromyalgia.

Cranial Nerves:

II Visual fields are intact to confrontation; fundi are unremarkable.

III, IV & VI Pupils are round, equal and reactive to light and accommodation with good consensual response. Extraocular

| | |
|---|---|
| | movements are full. No nystagmus is noted. |
| V | Corneal reflexes and facial sensations are within normal limits. Muscles of mastication are full strength. |
| VII | Muscles of facial expression are strong and symmetrical. |
| VIII | Auditory acuity is normal to speech and to whisper. |
| IX & X | Gag reflex is intact. Palatal movement is symmetric. Patient can swallow without difficulty. |
| XI | Trapezius and sternomastoid strength is full with no evidence of atrophy of fasciculation. |
| XII | Tongue protrudes in the midline with full strength bilaterally. There is no evidence of atrophy or fasciculations. |
| <u>Motor:</u> | Normal tone, strength and bulk. |
| <u>Reflexes:</u> | Reflexes are normal and symmetrical with no pathological reflexes. No Babinski's. |
| <u>Coordination:</u> | Reveals normal finger-nose-finger, heel-shin-heel and rapid alternating movements. |
| <u>Sensory:</u> | Vibration sense is normal. Sensory is normal to touch. |
| <u>Gait & Balance:</u> | Gait and balance are normal sitting, standing and walking. |

Re: Elizabeth A. Reis
C.A. No. 07-236S
Date of IME: 05/19/08

May 28, 2008

Dyskinetic Movement: There are no abnormal movements.

DIAGNOSES

1. Resolved right 2-5 metatarsal fractures as a result of a trip and fall incident on 06/23/04.
2. Chronic pain with fibromyalgia syndrome.
3. Multilevel degenerative disc disease with disc protrusion of the cervical spine.
4. Resolved left shoulder pain from reported small rotator cuff tear.

It is my opinion Ms. Reis', based on the records reviewed, sustained right metatarsal foot fractures from her trip and fall incident of 06/23/04. These fractures resolved as of October of 2004 and she was cleared to return fully to work by January 2005. Based on Dr. DiGiovanni's examination and today's examination, there are no objective permanent physical impairments related to these foot fractures.

Ms. Reis has chronic pain associated with her fibromyalgia syndrome. This chronic pain disorder is based on its long duration, her dramatization, her despair and dysfunction. This chronic pain is associated with her longstanding fibromyalgia syndrome. On today's examination, I am unable to find any objective signs or tender points on her examination. This chronic pain and fibromyalgia syndrome using AMA Guides does not qualify her for a pain related impairment. This is well explained in the AMA Guides, chapter 18, page 571. This primarily is based on fibromyalgia being a condition that does not have a well-defined pathophysiological basis and, therefore, is unratable by the AMA Guides. In view of this unratable impairment and her examination today, it is my opinion that Ms. Reis can travel to Boston for an orthopedic examination. Ms. Reis does do the activities of daily living. She does drive. She was able to exit her vehicle and walk into the office without difficulty. She was able to return to her vehicle and drive her vehicle without difficulty. She was able to complete

Re: Elizabeth A. Reis
C.A. No. 07-236S
Date of IME: 05/19/08

May 28, 2008

a physical therapy session prior to my office evaluation.

Further, I would respectfully disagree with Dr. Ejnes', her treating physician, that Ms. Reis with her fibromyalgia cannot travel. This would not be strenuous or injurious to her health. It is my opinion that she can travel to Boston to see the orthopedic surgeon. She has demonstrated ability to function and do the activities of daily living. Video surveillance has further supported this opinion as well as her normal examination today.

Further, it is my opinion that Ms. Reis' foot fractures did not aggravate or make worse her chronic pain and fibromyalgia. Fibromyalgia is a pain syndrome with no known pathophysiology and, in my opinion, would not qualify for an aggravation of the fibromyalgia syndrome.

Ms. Reis does have multilevel degenerative disc disease with disc protrusions of the cervical spine. This degenerative condition is a common disorder in the general population and was not caused or aggravated by her trip and fall incident of 06/24/04. This opinion is based on the following: Ms. Reis did not have a cervical disc injury at the time of her injury event. The injury pattern was consistent with foot fracture and not a cervical spinal column injury.

The above opinions are based upon my diagnostic injury and medical analysis, my clinical experience and training as a Board Certified Neurologist and Independent Medical Examiner, as well as my teaching and education in the area of neurology, injury and trauma.

It is to be noted that the opinions rendered in this report are from this evaluator. This evaluation was conducted on the basis of the documents provided. If more information becomes available at a later date, an additional analysis or report may

Re: Elizabeth A. Reis
C.A. No. 07-236S
Date of IME: 05/19/08

May 28, 2008

be requested or needed. Such additional information may or may not change the opinions rendered in this evaluation.

Respectfully submitted,

Thomas F. Morgan, M.D.

TFM/lg

Re: Elizabeth A. Reis May 28, 2008
C.A. No. 07-236S
Date of IME: 05/19/08

RECOMMENDATIONS

- Review of the foot x-rays.
- EMS report from 06/24/04.
- I would like a copy of the question and answer document on fibromyalgia supplied by Dr. Ejnes.
- Look at pain drawing.