# EXHIBIT B

**THOMAS F. MORGAN, M.D.**

DIPLOMATE, AMERICAN BOARD OF NEUROLOGY AND PSYCHIATRY
AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS (CIME)

CLINICAL ASSISTANT PROFESSOR
DEPT. OF NEUROSCIENCES
BROWN UNIVERSITY
SCHOOL OF MEDICINE

INJURY & TRAUMA
AUTOMOTIVE MEDICINE
SPORTS MEDICINE
OCCUPATIONAL MEDICINE

# CURRICULUM VITAE

(April 2008)

## THOMAS F. MORGAN, M.D.

### PERSONAL INFORMATION

| | |
|---|---|
| Place of Birth | Manhattan, New York |
| Citizenship | U.S.A. |
| Marital Status | Married |
| Business Address | 54 Jefferson Boulevard<br>Warwick, RI 02888 |
| Business Telephone | (401)467-7720 |
| Fax | (401)467-4550 |
| Email | Thomas_Morgan@brown.edu |

### EDUCATION

| | | |
|---|---|---|
| Undergraduate | Belmont Abby College, | 1962-1964 |
| | St. Louis University, B.S.<br>(History & Chemistry) | 1964-1966 |
| | Florida State Board of Health<br>Summer Trainee/Division of Radiation and<br>Occupational Medicine | 1965-1967 |
| Medical School | Meharry Medical College, M.D | 1966-1970 |

**THOMAS F. MORGAN, M.D.**
**CURRICULUM VITAE**
**PAGE II**

## POSTGRADUATE TRAINING

Residency

Internal Medicine, Rhode Island Hospital
Brown University School of Medicine
1970-1972

Resident in Neurology
Boston University School of Medicine
1972-1975

## POSTGRADUATE HONORS AND AWARDS

Outstanding Teacher
"Golden Apple Award", RIH
Dept. of Medicine House Staff
1979-1980

Top Doctors in RI Monthly Magazine
May 1995
May 1996

Distinguished Teacher Award
Brown University School of Medicine
May 2000

## MILITARY SERVICE

Lieutenant, U.S. Navy Reserve 1966-1975

## PROFESSIONAL LICENSES & BOARD CERTIFICATION

R.I. State Board, 4306 1971
American Board of Psychiatry
and Neurology October 1977
American Board of Independent
Medical Examiners (CIME) 1996
Recertification (CIME) 2003

**THOMAS F. MORGAN, M.D.**
**CURRICULUM VITAE**
**PAGE III**

## ACADEMIC APPOINTMENTS

Teacher Fellow in Neurology
Boston University School of Medicine
1972-1975

Clinical Instructor in Neurology
Boston University School of Medicine
1975-1978

Assistant Professor in
Dept. of Clinical Neuroscience's
Brown University, School of Medicine
1978-present

## HOSPITAL APPOINTMENTS

| | | |
|---|---|---|
| ▪ Hospitals Admitting Staff and Consultant | Rhode Island Hospital | 1975-present |
| ▪ Senior Staff | Kent County Hospital | 1995-present |

## COMMITTEES

| | | |
|---|---|---|
| National | American Board of Psychiatry and Neurology Examiner | 1986 |
| Hospital | Utilization Review, Rhode Island Hospital | 1978-1988 |
| | Search Committee, Neurology Chief, Rhode Island Hospital | 1981-1988 |

## AFFILIATIONS

- Brown University — Health Care Team; Neurology Consultant; Providence Bruins – Professional Hockey Team
- Exercycle Corporation "Theracycle" Division — Biomedical Consultant – 2002
- CNS Research, Inc. — Clinical Research Trials
  - Principal Investigator
  - Sub Investigator

**MEMBERSHIPS**

| | |
|---|---|
| American Academy of Neurology | 1975-present |
| R.I. Neurological Society | 1975 |
| President | 1980-1988 |
| American Medical Association | 1978-present |
| Association for the Advancement of Automotive Medicine (AAAM) | 1997-present |
| Injury Prevention Center Rhode Island Hospital | 1998 |
| R.I. Neurological Association | 1997-present |

**PUBLICATIONS**

Annals of Neurology, Vol. 1, No. 3,
March 1977: Whipple's Disease with Predominantly Neuro-ophthalmic Manifestations
Pasquale F. Finelli MD, William J. McEntee, MD, Simmons Lessell, MD, Thomas F. Morgan, MD, and James Copetto, MD

Malignant Thymoma with Extrathoracic Metastases: A Case Report and Review of Literature.
Journal of Surgical Oncology, 15:259, 1980
A. Glicksman, Thomas F. Morgan, M.D.

Arch. Neurology – Vol. 40, July 1983
Ethylene Oxide-Induces Polyneuropathy – A Clinical and Electrophysiologic Study
Pasquale F. Finelli, MD, Thomas F. Morgan MD
Israel Yaar, MD, Carl V. Granger, MD

**PUBLICATIONS (CONTINUED)**

Archives of Surgery, Vol. 122,
August 1987: Reversal of Benign Intracranial Hypertension by Surgically Induced Weight Loss
B. Thompson, MD, Thomas F. Morgan, MD, J. Amaral

In-Hospital Ethylene Oxide Sterilization
AAMI Technology Assessment Report No. 8-84 "Potential Effects on Humans of Short-Term, High-Dose Exposure: Effects of the Nervous System-Clinical Data and Symptoms"

Medicine and Health R.I., Vol 82; No. 10;
October 1999 "Crash and Learn: 21st Century Interdisciplinary Medical Approach to Injury and Biomechanical Trauma"

Medicine and Health R.I.
Vol. 85; No. 10; October 2002
A Case Study: Pedestrian – Motor Vehicle Trauma

**CONTINUING MEDICAL EDUCATION**

Sleep Disorders 2008
National Sleep Foundation
Orlando, FL
March 17-19 2008
CME – 20.5 hours

Sports Related Concussion and Spine Injury
Brigham and Women Hospital
Neurological Sports Injury Center
Harvard Medical School
Boston, MA
April 27, 2007
CME – 6.5 hours

**CONTINUING MEDICAL EDUCATION (CONTINUED)**

Biomechanics of High Impact Injuries
Association for the Advancement of Automotive Medicine (AAAM)
National Transportation Safety Board
NTSB Training Center
Ashburn, VA
April 2-3, 2007

Opioid Certification Program
Opioid Management Society
April 22-23, 2006
Harvard Medical Conference Center
Boston, MA

Association for the Advancement of Automotive Medicine
Traffic Collision Types and Associated Injuries
September 11, 2005

Association for the Advancement of Automotive Medicine, 49th Annual Scientific Conference
University of Miami, School of Medicine
September 11-14, 2005
Boston, MA
CME – 21 hours

2005 Sports Related Concussion and Spine Injury Conference
Brigham and Women Hospital
Neurological Sports Injury Center
Harvard Medical School
May 20, 2005
CME – 6.5 hours

## CONTINUING EDUCATION (CONTINUED)

Association for the Advancement of Automotive Medicine (AAAM)
48th Annual Scientific Conference
University of Miami, School of Medicine
October 25-28, 2004
Key Biscayne, FL
CME – 11.5 hours

2004 Sports Concussion and Spine Injury Conference
Brigham and Women Hospital
Neurological Sports Injury Center
May 14, 2004
CME – 10 hours

American Board of Independent Medical Examiners
Advance Topics in Disability Medicine
February 2, 2002, Orlando, FL
CME – 10 hours

Association for the Advance of Automotive Medicine
The Biomechanics of Impact
Understanding the Limits of Human Tolerance
The National Association of Medical Examiners
October 12, 2001, Richmond, VA
CME – 10 hours

Clinical and Biomechanical Aspects of Lower Extremity Injuries
Wayne State University, School of Medicine
November 4-5, 2000, Atlanta, GA CME – 13 hours

**THOMAS F. MORGAN, M.D.**
**CURRICULUM VITAE**
**PAGE VIII**

**CONTINUING EDUCATION (CONTINUED)**

Association for the Advancement of Automotive Medicine
Car Crash and Occupant Injuries
A Team Approach to Crash Investigation
University of Miami, School of Medicine
April 13-14, 2000, Miami, FL
CME – 12 hours

Accident Injury: Biomechanics and Prevention
University of California, San Diego,
School of Medicine
October 23-29, 1999, La Jolla, CA
CME – 10.5 hours

Neural Injury: Advanced Brain Life Support Symposium
Dept. of Neurosurgery, Wayne State University
November 13-15, 1998, Detroit, MI
CME – 11 hours

**CONTINUING EDUCATION (CONTINUED)**

Society of Automotive Engineers (SAE)
International Symposium onWhiplash '98
Wayne State University, School of Medicine
November 5-6, 1998, Tempe, AZ
CME – 13 hours

Association for the Advancement of Automotive Medicine (AAAM), 42nd Annual Conference
University of Maryland, School of Medicine
October 4-7, 1998, Charlottsville, VA
CME – 13 hours

Association for the Advancement of Automotive Medicine (AAAM),
Car Crashes and Occupant Injuries: A Team Approach to Crash Investigations
University of Maryland, School of Medicine
April 16-17, 1998, Tempe, AZ CME – 13 hours

25th Annual International Workshop on Human Subjects for Biomechanical Research
National Highway Traffic Safety Administration (NHTSA), November 15, 1997. Orlando, FL

Society of Automotive Engineers (SAE),
41st Annual Stapp Car Crash Conference
University of California, San Diego, School of Medicine
November 13-14, 1997, Orlando, FL
CME – 11 hours

2nd Child Occupant Protection Symposium
University of Maryland, School of Medicine
November 12, 1997, Orlando, FL
CME

**CONTINUING EDUCATION (CONTINUED)**

Association for the Advancement of Automotive Medicine (AAAM), 41st Annual Conference
University of Maryland, School of Medicine
November 10-11, 1997, Orlando, FL
CME – 12 hours

Association for the Advancement of Automotive Medicine (AAAM), AIS Injury Scaling
University of Maryland, School of Medicine
October 13-14, 1997, Boston, MA
CME – 6 hours

American College of Occupational and Environmental Medicine
Impairment and Disability Evaluations Course
February 24-25, 1997, Orlando, FL
CME – 15 hours

**THOMAS F. MORGAN, M.D.**
**CURRICULUM VITAE**
**PAGE XI**

**INVITED PRESENTATION**

Neurology Grand Rounds
Case Presentation
Neurology of Snow Board Injuries
"Concussion/Spinal Cord Injury"
Rhode Island Hospital
Brown Clinical Neuroscience
March 12, 2008

Second Annual Neurology Update
for Primary Care Physicians 2007
Rhode Island Neurology Association

- Evaluation of Concussion.
- Evaluation of Sleep Disorders.

October 20, 2007

Neurology Grand Rounds, Case Presentation
"The Neurology of Jessica and her Javelin"
Rhode Island Hospital
Brown Clinical Neuroscience
October 11, 2006

"Women, Hormones and Migraines"
Women's Care Retreat
Ledyard, CT
June 10, 2005

Neurological Grand Rounds, Case Presentation
"Horseback Riding Injuries"
Rhode Island Hospital
Brown Clinical Neuroscience
April 2005

"Headaches and Migraines Mechanism"
Rhode Island Neurologic Association
Warwick, RI
November 6, 2004

## INVITED PRESENTATION (CONTINUED)

Handling of Automobile Injury Claim
in Rhode Island
National Business Institute
Providence, RI
October 22, 2004
"Injury and Automotive Medicine"

14th Annual South County Hospital Disease
of Summer Conference
"Head, face, neck. Pain and Injuries from
Motor Vehicle Accidents"
July 23, 2004

Neurology Grand Rounds
Medicine, Law, Politics and the Science
of Causation and Truth
RIH-Brown Clinical Neuroscience
February 2004

Neurology Grand Rounds
Case Presentation
"Migraine Related Head, Face and Neck Pain"
RIH-Brown Clinical Neuroscience
November 2003

13th Annual Peter D. Smith Memorial Trauma
Seminar "Crash and Learn" A Mechanism of Injury
Approach to the Trauma Patient
Rhode Island Hospital
May 2003

Neurology Grand Rounds
Case Presentation
Concussion Syndrome
RIH-Brown Clinical Neuroscience
April 2003

**INVITED PRESENTATION (CONTINUED)**

Neurology Grand Rounds
Case Presentation
Whiplash-Migraine Connection
RIH-Brown Clinical Neuroscience
July 2002

Rhode Island Women's Bar Association (Seminar)
"Accidental Injury Analysis"
November 2001

Neurology Grand Rounds
"Crash and Learn Mechanism of Injury Approach to the Trauma Patient"
RIH-Brown Clinical Neuroscience
October 2000

Neurology Grand Rounds
Case Presentation
"Post-Traumatic Headache A Golfer's Nightmare"
RIH-Brown Clinical Neuroscience
June 2000

Neurology Grand Rounds
Case Presentation
"Head Injuries in Ice Hockey"
RIH-Brown Clinical Neuroscience
October 1999

Neurology Grand Rounds
Case Presentation
"Crash and Learn Post-Traumatic Migraine"
21st Century Mechanistic Approach
RIH-Brown Clinical Neuroscience
June 1999

**INVITED PRESENTATION (CONTINUED)**

Medical Mental Health Conference
Newport, Rhode Island
21st Century Interdisciplinary Approach to Traumatic Injuries
November 1998

Invited Speaker, Leksell Gamma Knife Society
7th International Meeting
Hawaii
November 12-15, 1995

Guest Lecturer, RI Osteopathic Physicians
1994

Guest Lecturer, Association for the Advancement of Medical Instrumentation Assessment Conference
November 21-22, 1983
Arlington, Virginia

Guest Lecturer, Association of Neurological Nurses
1982

Guest Lecturer, Rhode Island Medical Center
1982

Guest Lecturer, American Board of Internal Medicine Regional Meeting 1981

Neuroscience Speakers Bureau

- GlaxoSmithKline (migraine)
- Boehringer Ingelheim Pharmaceuticals (restless legs)

## CLINICAL RESEARCH TRIALS (1996-1998)

| | |
|---|---|
| Wallace Labs | |
| Phase IV | Felbatol |
| Parke-Davis (Contact Study) | |
| Phase IV | Cognex |
| Sandoz Pharmaceuticals Corp. | |
| Phase III | Migramist |
| Parke-Davis | |
| Phase IV | Neurontin |
| RW Johnson | |
| Phase IV | Topamax |
| Novartis | |
| Phase IV | Trileptal |
| Parke-Davis (Steps Study) | |
| Phase IV | Neurontin |
| Glaxo Wellcome Inc. | |
| Phase III | Naratriptan<br>Sumatriptan |
| RW Johnson, Research Institute | |
| Phase IIIB | Topiramate |
| Novartis | |
| Phase IIIB | Oxcarbazepine |

**UNIVERSITY TEACHING ROLES**

Neurology Hospital Call with residents and medical students

Physical Diagnosis Course
Brown University School of Medicine
Neuropathology Lecture Series
- Clinical Discussion:
- Peripheral Neuropathy
- Myopathy
- Central Nervous System Infections
- COMA

Board Review Course
Internal Medicine Neurology Review
Brown University School of Medicine

University of Rhode Island
Visiting Lecturer

**REFERENCES**

Donald Easton, M.D.
Chief of Neurology
Rhode Island Hospital
Providence, Rhode Island

Milton Hamolsky, M.D
Director (Retired)
Board of Medical Review
Providence, Rhode Island