UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS, Plaintiff, | : | |
| vs. | : | Civil Action No. 07-236S |
| NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION, Defendant | : | |

**ASSENTED TO MOTION OF THE DEFENDANT, NATIONAL PASSENGER RAILROAD CORPORATION, REQUESTING A CONTINUANCE OF A JUNE 30, 2008 SUMMARY JUDGMENT HEARING**

Now comes the Defendant, National Passenger Railroad Corporation a/k/a National Railroad Passenger Corporation (hereinafter "Amtrak" or "Defendant") and hereby submits this Assented to Motion for a Continuance of a June 30, 2008 hearing regarding Defendant's Motion for Summary Judgment and Plaintiff's Objection thereto. Plaintiff has assented to this Motion for a Continuance.

As is detailed in the attached Memorandum, the parties have engaged in extensive discovery and motion practice, which has ultimately resulted in an Appeal pending before the Court. The parties have been informed that the Appeal will likely be heard in July 2008. Consequently, the parties request that the Summary Judgment hearing be continued so that the pending Appeal can be decided prior to the Summary Judgment hearing as the outcome of the Appeal directly impacts upon the pending Motion for Summary Judgment. The Court has also informed the parties that, if this Motion is granted, the Summary Judgment hearing can be held on **July 28, 2008 at 10:00 a.m.** For these reasons, the parties respectfully request that this Assented to Motion be granted and rely on the attached Memorandum in support of same.

NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,

By Its Attorneys,

/s/ Paul E. Dwyer, Jr.

Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of June 2008 a copy of the foregoing Motion in the above-captioned case has been served by ECF to the following attorney(s).

Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886
fac15@aol.com

Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915

/s/ Paul E. Dwyer, Jr.