# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS, Plaintiff, | : | |
| vs. | : | Civil Action No. 07-236S |
| NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION, Defendant | : | |

**MEMORANDUM IN SUPPORT OF THE ASSENTED TO MOTION OF THE DEFENDANT, NATIONAL PASSENGER RAILROAD CORPORATION, REQUESTING A CONTINUANCE OF A JUNE 30, 2008 SUMMARY JUDGMENT HEARING**

Now comes the Defendant, National Passenger Railroad Corporation a/k/a National Railroad Passenger Corporation (hereinafter "Amtrak" or "Defendant") and hereby submits this Memorandum in support of its Assented to Motion for a Continuance of a June 30, 2008[1] hearing regarding Defendant's Motion for Summary Judgment and Plaintiff's Objection thereto.

As the Court is aware, Defendant subpoenaed two of Plaintiff's former attorneys, Robert Jacquard and Michael Farley, on April 29, 2008 after receiving Plaintiff's Objection to Defendant's Motion for Summary Judgment. Defendant issued the subpoenas so that it could appropriately respond to the factual and legal issues raised for the first time in Plaintiff's Objection to Defendant's Motion for Summary Judgment and the affidavits filed in support of Plaintiff's Objection.

[1] The hearing on the Motion for Summary Judgment was previously scheduled for May 12, 2008 but was continued so that the motions regarding the deposition of Attorney Farley could be resolved prior to the hearing.

Although the deposition of Attorney Jacquard went forward as scheduled, the deposition of Attorney Farley has not yet taken place. Both Plaintiff and Attorney Farley, through his counsel, objected to the subpoena which included the filing of a Motion to Quash and a Motion for a Protective Order as well as an Objection to Defendant's Emergency Motion to Compel Compliance with the Subpoena Duces Tecum served upon Attorney Farley. After considering the parties' arguments with regard to the subpoena issued to Attorney Farley, Magistrate Judge Martin granted Defendant's Emergency Motion to Compel and denied the Motion to Quash and Motion for a Protective Order on May 27, 2008. Thereafter, Plaintiff appealed Magistrate Judge Martin's Decision and Order on June 6, 2008. Defendant timely filed its response to the Appeal on June 13, 2008.

At this time, Plaintiff's Appeal is pending and the parties have been informed that the Appeal will likely be heard and decided at some point in July 2008. Thus, if Magistrate Judge Martin's decision is affirmed, Defendant will be allowed to proceed with the deposition of Attorney Farley and conduct discovery regarding Attorney Farley's representation of Plaintiff with respect to this personal injury claim. Similarly, if Plaintiff's Appeal is granted, Defendant will be precluded from taking Attorney Farley's deposition.

Thus, as the outcome of the Appeal directly impacts upon the facts that will be at issue at the Summary Judgment hearing, the parties respectfully request that the June 30, 2008 hearing be continued until such time as Plaintiff's Appeal is decided.

NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,

By Its Attorneys,

/s/ Paul E. Dwyer, Jr.

Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this _23rd_ day of June 2008 a copy of the foregoing Memorandum in the above-captioned case has been served by ECF to the following attorney(s).

Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886
fac15@aol.com

Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915

/s/ Paul E. Dwyer, Jr.