UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS, Plaintiff, | : | |
| v. | : | CA 07-236 S |
| NATIONAL PASSENGER RAILROAD CORPORATION, Defendant. | : | |

**ORDER**
**VACATING STAY OF**
**PHYSICAL EXAMINATION**

On April 30, 2008, the Court entered an order staying the medical examination of Plaintiff by Dr. Joseph Barr in Boston, Massachusetts. See Order Staying Order Granting Motion to Compel Physical Examination (Doc. #29) ("Order of 4/30/08"). The stay was entered because Plaintiff had satisfied the conditions for a stay specified in the Order Granting Motion to Compel Physical Examination (Doc. #18) ("Order of 4/17/08"). See Order of 4/17/08 at 2.

Defendant, in accordance with the procedure prescribed in the Order of 4/17/08, has now provided the Court with a copy of a report from Thomas F. Morgan, M.D., in which Dr. Morgan opines that Plaintiff "can travel to Boston to see the orthopedic surgeon." Supplemental Filing in Compliance with the Order Staying Order Granting Motion to Compel Physical Examination (Doc. #52) ("Defendant's Supplemental Filing"), Ex. A. (Report of Dr. Morgan dated 5/28/08) at 10. The Court has read Dr. Morgan's

report and reviewed the following documents:

1. Defendant National Passenger Railroad Corporation's Motion to Compel for Physical Examination Pursuant to Rule 35 (Doc. #13) ("Motion to Compel");

2. Plaintiff's Objection to Defendant's Motion to Compel for Physical Examination Pursuant to Rule 35 (Doc. #17);

3. the April 23, 2008, letter from Plaintiff's treating physician, Yul D. Ejnes, M.D. ("Dr. Ejnes");

4. the April 15, 2008, statement from Plaintiff's physical therapist, Judith Ricci; and the

5. Defendant's Supplemental Filing.

After reading Dr. Morgan's report and reviewing the above documents, the Court concludes that no further hearing is necessary. See Order of 4/17/08 at 2-3 (stating that after receiving the report of examination from Defendant's physician the Court would "determine whether a further hearing is required relative to the location of the examination by Dr. Barr"). The Court is unpersuaded that Plaintiff is unable to travel to Boston, Massachusetts, for a one hour medical examination under the terms and conditions specified in the Order of 4/17/08.

Accordingly, **the stay entered on April 30, 2008, is vacated.** Plaintiff shall submit to a medical examination by Dr. Joseph Barr in Boston, Massachusetts, as specified in the Order of 4/17/08, within thirty days of the date of this Order.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 23, 2008