UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH A. REIS**

**VS C. A. NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

**ASSENTED TO MOTION OF PLAINTIFF ELIZABETH REIS TO LEAVE DISCOVERY OPEN FOR ANOTHER SIXTY DAYS**

Now comes Plaintiff Elizabeth Reis and hereby submits this Assented to Motion to Leave Discovery Open for Another Sixty (60) days due to the fact that Motions for Summary Judgment are still pending and not likely to be heard until late July or early August, 2008. It is unlikely that this matter would be ready for a trial until the end of August should the Motions for Summary Judgment be denied.

WHEREFORE, Plaintiff prays that discovery remain open until August 30, 2008 so costs can be conserved and judicial time saved pending the decisions for Summary Judgment. Plaintiff does not believe Defendant has an objection to this Motion and respectfully requests that it be granted based on the enclosed Memorandum.

Plaintiff Elizabeth Reis,
By her attorney,

/s/ Frederick A. Costello
Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

**CERTIFICATION**

I hereby certify that on the _______ day of __________, 2008 I sent a true copy of within via ECF to: Paul E. Dwyer, Esquire, Andrew J. Murray, Esquire, Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903-2499 and Paul Ryan, Esquire, 670 Willett Avenue, East Providence, RI 02915.

/s/ Frederick A. Costello