UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH A. REIS**

**VS C. A. NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S ASSENTED TO MOTION REQUESTING AN EXTENSION OF DISCOVERY THROUGH AUGUST 30, 2008**

Now comes the Plaintiff in the above captioned matter and states that at the present time there are several Motions for Summary Judgment pending. One of the Motions is scheduled to be heard on July 28, 2008. A second Motion for Summary Judgment has been severed from the first Motion and a date for the hearing on that Motion is pending and not likely to be heard until at least September.

In addition, Plaintiff has one or two more depositions she would like to take in this matter prior to trial. However, she has limited funds and since the Motions for Summary Judgment may either make the need for the depositions moot or if the Motions are denied, may accelerate the opportunity to settle this case. Plaintiff would like to have at least until the end of August to complete her discovery and not have to expend any other monies for costs until at least the first Motion for Summary Judgment is heard.

Since that Motion is not due to be heard until July 28, 2008 and the other two Motions will not be heard until at least September, 2008, Plaintiff respectfully requests that the period for the close of discovery be extended through August 30, 2008.

Plaintiff does not believe Defendant has an objection to this extension pursuant to his discussions with Defendant and respectfully requests that this Motion be granted.

Plaintiff Elizabeth Reis,
By her attorney,

/s/ Frederick A. Costello

Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

**CERTIFICATION**

I hereby certify that on the _______ day of __________, 2008 I sent a true copy of within via ECF to: Paul E. Dwyer, Esquire, Andrew J. Murray, Esquire, Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903-2499 and Paul Ryan, Esquire, 670 Willett Avenue, East Providence, RI 02915.

/s/ Frederick A. Costello