# EXHIBIT 6

## Michael J. Farley

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Monday, May 09, 2005 8:21 AM
**To:** Michael J. Farley
**Subject:** From ELIZABETH REIS

Good Morning Mr. Farley,

There is only one more day before my appt to be fitted for the orthotics. Will you be able to call me today or first thing tomorrow morning and let me know if workers comp will be covering this. They should, as their own orthopedic doctor that examined me also recommended that I get one.

Also, have you been able to speak with the gentleman I gave a statement to at Amtrak?

I look forward to hearing back from you. Thank You.

Elizabeth Reis