# EXHIBIT 7

**Michael J. Farley**

---

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Friday, May 13, 2005 9:34 AM
**To:** Michael J. Farley
**Subject:** From ELIZABETH REIS

Mr. Farley,

I just received a Notice of Initial Hearing in yesterday's mail. What is this for? Unfortunately, on the date and time of the hearing (Tues 5/17 @ 2pm) I need to be with my son at a previously scheduled appointment. Please advice at your earliest convenience.

Have you been able to contact Amtrak since we last spoke?

Thank You,
Elizabeth Reis