# EXHIBIT 8

**Michael J. Farley**

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Monday, May 16, 2005 3:08 PM
**To:** Michael J. Farley
**Subject:** Re: From ELIZABETH REIS

Mr. Farley,

Thank you for being proactive on my behalf. I do appreciate it very much.

Have you been äble to contact the gentleman from Amtrak?

Thank You.
Elizabeth Reis

----- Original Message -----
**From:** Michael J. Farley
**To:** 'Elizabeth Reis'
**Sent:** Monday, May 16, 2005 1:34 PM
**Subject:** RE: From ELIZABETH REIS

Ms Reis,
I took a precautionary appeal fro the pre trial order, as I customarily do to keep the case "alive" for as long as possible in the event there are any unexpected changes in the client's condition, as sometimes happens. In any event you do not have to attend the hearing, as it is strictly a conference between the attorneys and the court.
MJF

-----Original Message-----
From: Elizabeth Reis
Sent: Friday, May 13, 2005 9:45 AM
To: Michael J. Farley

Mr. Farley,

I just received a Notice of Initial Hearing in yesterday's mail. What is this for? Unfortunately, on the date and time of the hearing (Tues 5/17 @ 2pm) I need to be with my son at a previously scheduled appointment. Please advice at your earliest convenience.

Have you been able to contact Amtrak since we last spoke?

Thank You,
Elizabeth Reis