# EXHIBIT 9

**Michael J. Farley**

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Wednesday, June 01, 2005 8:17 PM
**To:** Michael J. Farley
**Subject:** From ELIZABETH REIS

Mr. Farley,

Update... I have been having some severe problems with the left shoulder, elbow, arm, and hand over the last few weeks, which has gotten worst. I went to see my primary doctor, Dr. Ejnes, who gave me a prescription for physical therapy. After speaking to my physical therapist (who has been treating me for my foot and fibro flare-up), she advised me that my shoulder... problems were probably due to the extended use of the cane and I should see their occupational therapist. I saw the OT for the first time today. She did an evaluation and concurred with my PT that, in fact, it was from the extended use of the cane and my existing fibro flare-up. I will be now be seeing the OT once per week and the PT once per week. Again, **is there ANY way that workers' comp will pay for these visits and/or reimburse me for my previous visits?** I've already spent almost $200. per month in out-of-pocket doctor and therapy appointments that I didn't have - a major reason why I had to end up filing for bankruptcy. I'm trying so hard to continue to pay for these visits - at the point of not being able to pay the monthly utility bills and falling behind. I want to get totally better and have this madness behind me!! It would be a very terrible thing if I had to stop my therapy for the inability to pay. I honestly don't know how much longer I can do this?

Have you spoken with Seth Starr from Amtrak?

I look forward to your prompt response.

Thank You,
Elizabeth Reis