# EXHIBIT 11

**Michael J. Farley**

**From:** ertours@cox.net
**Sent:** Monday, July 25, 2005 7:09 PM
**To:** mfarley@eplaw.necoxmail.com
**Subject:** From ELIZABETH REIS

Mr. Farley,
When we last spoke on June 13th, you advised me to have Lifespan forward to you my bills and medical reports. You also told me that you would check on the Amtrak claim policies and procedures and get back to me. I called your office on June 17th, 24th, and 27th and July 17th, leaving messages for you to please return my call. More than one month later, I still have not received any type of response back from you. At this point I can only conclude that you are either extremely busy or you have chosen to drop me as your client. Whichever it is, PLEASE... have the courtesy of responding, so that I know for certain where I stand and/or which direction I need to go.

1. Lifespan continues to send me the bills saying that your office never faxed them the release they needed.
2. Has WC approved paying for my OT and the continuation of PT, as we discussed in our phone call on 6/13?
3. What transpired during the continued court appearance on 6/23?
4. What is happening with Amtrak? Should I expect any financial settlement from them?
5. Have you heard anything or sent any correspondence to the PWCVB regarding my employment and or severance package?

I look forward to your prompt reply. Thank You.

Elizabeth Reis
ertours@cox.net