UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH A. REIS,

Plaintiff,

v. C.A. No. 07-236S

NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant.

MOTION TO SUBSTIUTE PARTY PLAINTIFF

Andrew S. Richardson ("Trustee"), in his capacity as chapter 7 trustee of the bankruptcy estate of Elizabeth A. Reis, moves to substitute himself as the party plaintiff in the pending action pursuant to Federal Rule of Civil Procedure 25(c). The reasons for the Trustee's motion are set forth in the accompanying memorandum of law.

Andrew S. Richardson, Trustee

By his Attorney,

/s/ Steven J. Boyajian
Andrew S. Richardson (#2608)
Steven J. Boyajian (#7263)
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, Rhode Island 02906
Tel. (401) 273-9600
Fax. (401) 273-9605
steve@bhrlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2008, I mailed by United States Postal Service, first class mail, postage pre-paid, a copy of the Motion to Substitute Party Plaintiff and copy of the Notice of Electronic Filing to the debtor, Elizabeth A. Reis, 19 Ausdale Road, Cranston, RI 02910.

/s/ Susanne Kershaw