UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH A. REIS,

Plaintiff,

v. C.A. No. 07-236S

NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant.

MOTION TO CONTINUE HEARING
ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Andrew S. Richardson ("Trustee"), in his capacity as chapter 7 trustee of the bankruptcy estate of Elizabeth A. Reis, requests that the Court continue the hearing on the Defendant's Motion for Summary Judgment until a determination of who is the proper plaintiff in this matter. In support of his Motion, the Trustee states that the pending claim is property of the Plaintiff's bankruptcy estate and not the Plaintiff herself. See 11 U.S.C. § 541. The Trustee has therefore sought to be substituted as the party plaintiff.

The Defendant's Motion for Summary Judgment is scheduled to be heard on August 6, 2008. The Trustee's Motion to Substitute Party Plaintiff was filed on July 22, 2008 and responses or objections are not due until August 8, 2008. Given the current schedule, it is possible that judgment could be rendered against the current Plaintiff before the proper plaintiff has even been made a party to this case. Furthermore, the proper plaintiff will not have had any opportunity to address the merits of the Defendant's Motion for Summary Judgment because he is not yet a party to this case.

In light of the foregoing, the Trustee requests that the scheduled hearing on the pending Motion for Summary Judgment be continued until a determination of the proper plaintiff. The Trustee further requests that if he is substituted as the plaintiff in this matter, he be given an opportunity to substantively respond to the pending Motion for Summary Judgment.

Andrew S. Richardson, Trustee

By his Attorney,

/s/ Steven J. Boyajian
Andrew S. Richardson (#2608)
Steven J. Boyajian (#7263)
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, Rhode Island 02906
Tel. (401) 273-9600
Fax. (401) 273-9605
steve@bhrlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2008 I electronically filed a Motion to Continue Hearing with the Clerk of the U. S. District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- **Steven J. Boyajian**
  steve@bhrlaw.com
- **Frederick A. Costello**
  fac15@aol.com,joanb15@aol.com
- **Paul E. Dwyer**
  pdwyer@eapdlaw.com
- **Andrew J. Murray**
  amurray@eapdlaw.com
- **S. Paul Ryan**
  Spryan@eplaw.necoxmail.com

/s/ Susanne Kershaw