DEFENDANT'S EXHIBIT E

PENGAD-Bayonne, N.J.

# TRANSCRIPT 341 HEARING

In the matter of Elizabeth Reis
No. 05-11339

Raise your right hand please. Do you swear the testimony you are going to give this afternoon is the truth?

**Yes, it will be.**

Did you take a handout and read it?

**Yes, I did.**

Do you have proof of your identity, and social security card?

**Yes, I do.**

Social security no. 038 42 1528

**Yes.**

And uh, RI license 2489030.

**Yes.**

Ok, I will show you this page of the petition, is it your signature?

**Yes, it is.**

Did you review the petition before you signed it?

**Yes, I did.**

Is the information true and accurate?

**Yes, it is.**

You own property at 19 Ausdale Road, Cranston, Rhode Island?

**Yes.**

You own it by yourself?

**Yes, I do.**

When did you buy it?

**When sir?**

Yes

**June 2004**

How much did you pay for it?

**Excuse me, I am sorry June 2003.**

How much did you pay?

**$190,000.**

And you think today it may be worth $250,000?

**Approximately.**

You owe $196 on it?

**Uh, about $180**

$180 ok

Have you owned any other real estate in the last four years?

**No, I have not.**

Besides that, yours assets are a small amount of cash on hand and in the bank, household furniture, books, pictures, clothing, about $1000 worth of jewelry and 2005 hyundai
And you have a workers compensation claim?

**Yes sir**

(other attorney) Excuse me, that loan with ??? that is a mortgage if you add it to the other mortgage it is about $196,000.

**Oh, I am sorry**

Um, do you have any other claim for money other than the workers' compensation claim?

**No sir.**

Ok, you are collecting about $2200-$2300 a month in workers compensation is that right?

**Correct, yes.**

And you also get $200.00 from a disability policy?

**Yes.**

Any creditors present in this matter?

I have nothing further thank you.