**Michael J. Farley, Esq.**

**From:** elizabeth reis [ertours@verizon.net]
**Sent:** Friday, November 19, 2004 11:14 AM
**To:** mfarley@eplaw.necoxmail.com
**Subject:** RESEND...AMTRAK INFO

DEFENDANT'S EXHIBIT G

PENGAD-Bayonne, N.J.

*Hi Mike...*

*Didn't know if I had given you the Amtrak Info from when I gave them my recorded statement back in June. I was also told by Amtrak security at the station in Providence that they would file a report. I havenever received a copy of that or know for sure if they filled one out.*

*On 6/25/04 I spoke with Martha O'Neill, from the Amtrak Claims Office (617.345.7621). She took the general info as to why I was calling and said she'd pass the info on to a claims rep. On 7/2/04, Seth Starr, Claims Rep (617.345.7628) called and took my recorded statement in detail.*

*I surely hope that you're able to settle for a substantial amount. They cared more about getting the train moving than an injured passenger. They should have never moved me, let alone drag me off the train with an injury. I've lost almost 6 months of my life not being able to drive, get around, etc. Being a single parent I had no one to help take care of me or my son. The list is endless.*

*I also wondered if you knew that this isn't anything new for Amtrak. An acquaintance told me that her friend's dad was traveling on Amtrak from Hartford to NYC, having severe chest pains and asked if they'd please stop the train at the next unscheduled depot to let him off to get a rescue. They said they had to keep the train moving and couldn't stop until they got to NYC. The man had a heart attack and ended up getting a huge settlement from Amtrak. Thank God he didn't die. Also, did you hear that last week the exact same train that I was on derailed and 70 people were injured. Unbelievable!*

*Thank you again for EVERYTHING you've been doing for me. I appreciate you and your work!!!*

*Sincerely,*
*Elizabeth Reis*