**Michael J. Farley**

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Wednesday, April 13, 2005 5:09 PM
**To:** Michael J. Farley
**Subject:** From ELIZABETH REIS

DEFENDANT'S EXHIBIT H

Mr. Farley...

I'm sending this e-mail as I know how difficult it is to reach you by phone.

An update: After not being able to continue with "land therapy" at University Orthopedics, due to my severe fibromyalgia flare-up, per my rheumatologist, Dr. Silversmith, I started aquatherapy at the outpatient dept of Rhode Island Hospital. I faithfully completed that and had my re-evaluation appt with the head of the outpatient physical therapy dept. She said that I worked very hard, have made a 45% increase in my "range of motion", am still very weak however, ready now to continue with "land therapy" to build up my balance and strength, in order to discontinue using the cane I've been using since I came off the crutches. I restarted the "land therapy" yesterday morning and will need to continue three times per week for 4-6 weeks. Personally, I do feel that I've made great progress and am looking forward to being a whole person and getting my life back very soon!

Today I received a notice of Pre-Trial Conference. What is this for? Why are we going back to court?

I have many questions and would appreciate your help in answering them.
1. When I'm ready to go back to work - will I still have the option of trying to work out something with the Providence Warwick Convention & Visitors Bureau (working from home or just part-time at first and then in office/full time)? If they don't want me to come back there, can you help me work out a settlement with them?

2. Will I know, well in advance, when my workers' comp/long term disability will end, in order for me to secure new employment, if needed?

3. As I asked your assistant, Maria, to share with you, due to this whole incident, I have had to file for bankruptcy. I am extremely embarrassed and humbled by this, however, albeit upset. Being out of work so long, having a huge amount of debt, and a substantial amount of out-of-pocket medical expenses over the last year, has been an incredible personal financial burden. Will you be helping me to recover the medical expenses and financial compensation for pain and suffering?

I trust that you will do everything in your power to help me.

Thank you,
Elizabeth