**Michael J. Farley**

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Wednesday, May 04, 2005 2:42 PM
**To:** Michael J. Farley
**Subject:** Re: REIS E 04WC23

DEFENDANT'S EXHIBIT I

Mr. Farley,

Thank you. I do hope that it'll all be resolved by next Tuesday evening so I don't have to reschedule this appt. for a second time.

Have you been able to reach anyone at Amtrak?

Elizabeth

> ----- Original Message -----
> **From:** Michael J. Farley
> **To:** 'Ms. Elizabeth Reis'
> **Sent:** Wednesday, May 04, 2005 2:05 PM
> **Subject:** Re: REIS E 04WC23
>
> Ms. Reis,
> I am trying to get approval for the orthotics. Will be in touch when I know one way or the other.
> MJF