**Michael J. Farley**

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Tuesday, June 07, 2005 11:20 PM
**To:** Michael J. Farley
**Subject:** Re: REIS E 04WC23

DEFENDANT'S EXHIBIT N
PENGAD-Bayonne, N.J.

Mr. Farley,

I will speak with my primary physician, Dr. Yul Ejnes, MD, and get back to you. Thank you for continuing my case. Would you please let me know how things stand with Seth Starr at Amtrak? I desperately need to recoup my financial losses from this accident!

Elizabeth Reis

----- Original Message -----
**From:** Michael J. Farley
**To:** 'Ms. Elizabeth Reis'
**Sent:** Tuesday, June 07, 2005 11:21 AM
**Subject:** Re: REIS E 04WC23

Ms. Reis

I need a report from an MD linking your upper extremity difficulties to your foot injury (as opposed to the fibromyalgia) in order to seek payment from the WC carrier. I continued the case to June 23 in order to keep it "alive". Please ask the appropriate physician to send me a report.

MJF