**Michael J. Farley**

DEFENDANT'S EXHIBIT P

PENGAD-Bayonne, N.J.

**From:** ertours@cox.net
**Sent:** Saturday, September 10, 2005 7:39 PM
**To:** mfarley@eplaw.necoxmail.com
**Subject:** URGENT: From Elizabeth Reis

Mr. Farley,

I received a letter from Blue Cross, terminating my health coverage as of Sept 1st. How am I suppose to pay for my doctor's appts, which at this time are all related to the work related injury. I had an appt with the neurosurgeon last Thursday and I have an appt with the orthopedic surgeon this coming Friday. How am I suppose to pay for those appts? I have $3. in my checking account, $30. in savings and NO other financial resources. I will NOT be able to afford COBRA. How can they terminate my health insurance when I'm using it for a work related injury? The long term disability check barely covers my monthly expenses for house and utilities!!

When are you going to know if I'll be receiving a financial settlement from the PWCVB, Workers Comp, and/or Amtrak? What about a severence and the vacation time I had coming? I am extremely upset and stressed over all this! PLEASE... call me asap to discuss. Do I need to be at the initial hearing scheduled for 9/21 @ 2pm?

Thank You,
Elizabeth Reis