DEFENDANT'S EXHIBIT T

# EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

Paul E. Dwyer, Jr.
Partner
401.528.5851
*fax* 888.325.9221
pdwyer@eapdlaw.com

April 30, 2008

Andrew S. Richardson, Esquire
182 Waterman Street
Providence, RI 02906

**Re: Elizabeth A. Reis v. National Passenger Railroad Corporation**

Dear Attorney Richardson:

Pursuant to our previous telephone conversation, enclosed please find the following documents with regard to the above matter:

- Defendant, National Railroad Passenger Corporation's Motion for Summary Judgment;
- Defendant, National Railroad Passenger Corporation's Memorandum of Law in Support of Its Motion for Summary Judgment;
- Defendant, National Railroad Passenger Corporation's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment;
- Plaintiff's Objection to Defendant's Motion for Summary Judgment;
- Plaintiff's Memorandum of Law in Support of Its Objection to Defendant's Motion for Summary Judgment;
- Plaintiff's Statement of Undisputed Facts;
- Plaintiff's Response to Defendant's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment; and
- Reply Memorandum in Support of Defendant's Motion for Summary Judgment.

Should you have any questions or concerns, please feel free to contact me.

Very truly yours,

Paul E. Dwyer, Jr.

/cr
Enclosures

PRV 951061.1