DEFENDANT'S EXHIBIT
U

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

In Re: **Elizabeth A. Reis**

Debtor(s)

BK No. **1:05–bk–11339**

Chapter **7**

***Order On Motion/Application (doc# 11 ) by Rule of Court***

***Re: Trustee's Motion to Reopen Case***

The pleading was duly filed, served and noticed pursuant to local rules. No timely resistance/objection was filed.

THEREFORE, in accordance with R.I. LBR 9013–2(a), **IT IS ORDERED** that the Motion/Application (doc.# 11 ) is hereby Granted .

Judgment #: 1:05–bk–11339 – 16 – 11

***ORDER:***

LLC
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **5/29/08**

Entered on Docket: **5/29/08**
Document Number: **16 – 11**

newendo.jsp Form 101