UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH REIS**

**VS C.A. NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO STRIKE PORTIONS OF THE AFFIDAVITS OF ELIZABETH REIS AND ROBERT B. JACQUARD, ESQ. AND PORTIONS OF PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS**

Now comes the Plaintiff in the above captioned matter and objects to Defendant's Motion to Strike Portions of the Affidavits of Elizabeth Reis and Robert B. Jacquard, Esq. and Portions of Plaintiff's Statement of Undisputed Facts and also her objection to Defendant's Supplementary Memorandum in Support of Summary Judgment.

The basis for Plaintiff's Objection is set forth in the attached Memorandum.

Plaintiff,
By her attorney,

/s/ Frederick A. Costello
Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

**CERTIFICATION**

I hereby certify that on the _______ day of __________, 2008 I sent a true copy of within via electronic mail to: Paul E. Dwyer, Esquire, Jr. 2800 Financial Plaza, Providence, Rhode Island 02903 and Andrew Richardson, Esquire.

/s/ Frederick A. Costello