UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH A. REIS**

**VS C. A. NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY**

Now comes Plaintiff Elizabeth Reis in the above captioned matter and moves this Honorable Court to extend discovery to September 30, 2008. The basis for this request is contained in the attached Memorandum.

Plaintiff,
By her attorney,

/s/ Frederick A. Costello
Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

**CERTIFICATION**

I hereby certify that on the _______ day of __________, 2008 I sent a true copy electronically to: Andrew Richardson, Esquire and Paul Dwyer, Esquire.

/s/ Frederick A. Costello