UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH A. REIS**

**VS C. A. NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION TO EXTEND DISCOVERY**

This matter is presently on for summary judgment, which was originally scheduled for August 26, 2008 and has been continued to September 12, 2008 by Magistrate Judge Martin. In addition, there is a pending request to replace Elizabeth Reis as Plaintiff by the Trustee in Bankruptcy, Andrew Richardson.

That Plaintiff Elizabeth Reis is in a position where she may either lose this case at summary judgment or be replaced as Plaintiff by the Trustee in Bankruptcy pursuant to an Order of the Magistrate Judge.

Obviously, Plaintiff would like to limit any additional cost she has to expend in this case if, in fact, she is no longer going to be a party in interest and second, if she is replaced as Plaintiff by the Trustee in Bankruptcy, she presumes he would request additional time for discovery and to file additional pleadings.

Until that stage is reached, Plaintiff would like not to be precluded from filing additional discovery or amended complaints if for some reason she remains as a party in this case. Plaintiff, however, will not know this until at least the end of August, beginning of September 2008.

Also, since there are other dispositive Motions pending in this case, it is highly unlikely this matter will be brought to trial prior to October 2008.

For these reasons, Plaintiff requests that the closing date for filing discovery or amended complaints be extended to September 30, 2008.

Plaintiff,

/s/ Frederick A. Costello
Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

**CERTIFICATION**

I hereby certify that on the _______ day of __________, 2008 a true copy was sent electronically to: Andrew Richardson, Esquire and Paul Dwyer, Esquire.

/s/ Frederick A. Costello