UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS,<br>Plaintiff,<br><br>vs.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,<br>Defendant. | : | Civil Action No. 07-236S |

**DEFENDANT'S OBJECTION TO MOTION TO EXTEND DISCOVERY**

Now comes Defendant National Passenger Railroad Corporation, a/k/a National Railroad Passenger Corporation ("Amtrak") and objects to Plaintiff's Motion to Extend Discovery to September 30, 2008. For the reasons set forth in the accompanying memorandum, this Court should deny the motion.

DEFENDANT,
NATIONAL RAILROAD PASSENGER CORPORATION,

/s/ Paul E. Dwyer, Jr.

Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 21st, 2008 a copy of the foregoing Memorandum in the above-captioned case has been served by ECF to the following attorney(s).

Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886

Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915
P-(401) 437-0660
F-(401) 433-1605

Steven J. Boyajian, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, Rhode Island 02906
(401) 273-9600
(401) 273-9605 (fax)

Andrew S. Richardson, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, Rhode Island 02906
(401) 273-9600

/s/ Paul E. Dwyer, Jr.