DEFENDANT'S EXHIBIT C

UNIVERSITY ORTHOPEDICS, INC.
CHRISTOPHER W. DIGIOVANNI, M.D.
100 BUTLER DRIVE
PROVIDENCE, RI 02906
(401) 277-0790

REIS, ELIZABETH A. DOB: 10/27/59
19 AUSDALE ROAD
CRANSTON, RI 02910

TEL #: (401) 499-9685

**APRIL 24, 2008**

**HISTORY:** Ms. Reis comes back to see me today although I have not seen her since 2005. I had followed her previously for multiple basilar metatarsal fractures which she eventually went on to heal conservatively. These have been reasonably aligned post injury which was fortunate for her since she had a history of fibromyalgia and autoimmune dysfunction, as well as Hashimoto's disease which I think would have significantly increased her risks of a positive outcome post surgery had that been necessary. I do not believe that she had an overt Lisfranc injury given her articular alignment which is also fortunate for her. However, certainly her mid-foot injury was significant. She at one point in 2006, I believe, saw one of the podiatrists who had told her that she had malunions, and that her bones hadn't healed right, and that she had arthritis and a Lisfranc dislocation. I explained to her that several of these things were not accurate. I explained that she did not have a Lisfranc injury in a traditional sense of that term, as that involves the joints, not the bones, and I also explained that her bones I would not call a gross malunion but rather reasonably and very acceptably aligned, both post injury, post healing, and now. This is well delineated on the multiple studies that she's had over time, including those we took today. She is concerned about the prominence she has on the dorsum of her mid foot. She's also concerned about the fact that she walks with a limp and always has some discomfort across her mid-foot and this limits her life. She'd like to know what to do.

**PAST MEDICAL HISTORY:** Her intake sheet was reviewed and updated since last seeing her.

**PHYSICAL EXAMINATION:** Her feet are both well aligned, including nice maintenance of her arches. She has functional bilateral hip, knee and ankle motions, and all joints are stable. Her skin is intact with a palpable pulse and a normal motor and sensory exam bilaterally. There is no adenopathy. She has minimal swelling in her right foot which looks quite similar, at least to my eye today than the left, although I would not be surprised if she told me this waxed and waned with swelling, based on her activity level. There is a tarsal

bossing over her right medial column in her midfoot compared to the left. She has some tenderness here which is reproducible in nature and basically emanates from the medial Lisfranc joints. They are stable to my exam, however. Shuck is slightly irritative to them. The opposite side is asymptomatic. Her gait is heel-to-toe but antalgic on this side. All toes are competent and range fairly well. Metatarsals are nonbothersome to stress.

**X-RAYS:** See attached sheet.

**PLAN:** I explained to her today that the vast majority of her signs and symptoms today are the result of this post-traumatic arthritis. Really there is nothing to do for this going forward except to manage it conservatively with a RICE protocol, the use of an anti-inflammatory if she can tolerate it, and a good orthotic and shoe. We discussed all these in detail and I told her at some point in her life, should the point ever come (which I suspect it will), she will probably require midfoot fusion. This is common from the nature of her injury and would require probably TMT fusion of one, two and three with autogenous bone grafting. The only indication for this is when the pain that she has from this region gets bad enough to warrant it. It has nothing to do with the x-rays or anything else really. Until that day comes, there's really nothing she's going to do that's going to hurt her foot per se, and she can do whatever she wants without restriction. She asked if during the course of her original injury at Amtrak she made her foot worse by having them have her dangle it post injury with people supporting her under her shoulders for a while, and I told her that that was not the case, and that basically what she has now and what happened to her were effectively entirely the result of the initiating injury itself, and that dangling the foot for a while post injury really has no significant affect on anything that she experienced at a later point then or now.

CHRISTOPHER W. DIGIOVANNI, M.D./TC-tc

cc: Dr. Ejnes
cc: Workers Comp