UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS | : | |
| | : | |
| v. | : | C.A. No.: 07-236S |
| | : | |
| NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION | : | |

**MOTION OF DEFENDANT**
**TO COMPEL MORE RESPONSIVE INTERROGATORY ANSWERS**

The defendant, NATIONAL RAILROAD PASSENGER CORPORATION, hereby moves this Court for an order compelling plaintiff, Elizabeth Reis, to provide more responsive answers to the following Interrogatories separately and fully, in writing and under oath, within ten (10) days from the date of service hereof, pursuant to Rule 37 of the FEDERAL RULES OF CIVIL PROCEDURE.

2. Identify by name, occupation, professional title, and present address each person you expect to call as an expert witness at the trial of this action and for each such expert witness, please state that subject matter on which each such expert is expected to testify; the substance of the facts to which each such expert is expected to testify; the substance of the opinions to which each such expert is expected to testify; a summary of the grounds for each such opinion; and identify any videotape or visual aide each such expert intends to use at trial.

**Answer:** **At this time the only experts we will use are my treating physicians. Their opinions are included in my medical records, which are have been (sic) provided to Defendant and are incorporated hereby by reference to this answer.**

**Information Sought:** Defendant requests that plaintiff be ordered to provide a specific answer to this interrogatory by setting forth the name(s) of any person she expects to call as an expert witness along with a written disclosure of the details of the testimony as set forth in the interrogatory.

19. Please state whether you intend to challenge the opinion of any expert witness to be offered by this defendant prior to or at trial pursuant to Daubert v. Merrell Dow Pharmaceuticals, 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed. 2d 469 (1993) or its progeny.

**Answer: Objection. This question is premature as no experts have been identified by defendant.**

**Information Sought:** Defendant has named experts and requests that plaintiff be ordered to answer this interrogatory at this time.

20. If the answer to Interrogatory No. 19 is in the affirmative please set forth:

(a) the opinions to be challenged;
(b) the factual basis for challenging said opinions;
(c) the scientific basis for challenging said opinions;
(d) any writings or documents of whatever nature and kind to be relied upon in challenging said experts' opinions; and
(e) the opinions of any and all experts to be relied upon in challenging said opinion.

**Answer: Please see answer to interrogatory number 19.**

**Information Sought:** Defendant has named experts and requests that plaintiff be ordered to answer this interrogatory at this time.

## CERTIFICATION

The undersigned asserts that pursuant to Rule 37, he attempted to confer with plaintiff's attorney. Please see the attached letter dated August 13, 2008, marked as Exhibit "A".

DEFENDANT,

NATIONAL RAILROAD PASSENGER CORPORATION,

Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2008, I served a copy of the within document by causing a copy to be sent via First Class U.S. Mail, postage pre-paid to the below named counsel.

TO: Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886



PRV 968798.1