DEFENDANT'S EXHIBIT A

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

Paul E. Dwyer
401.528.5851
*fax* 888.325.9221
pdwyer@eapdlaw.com

August 13, 2008

Frederick A. Costello, Esq.
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886

**Re: Elizabeth A. Reis v. National Passenger Railroad Corporation**
**C.A. No. 07-236S**

Dear Fred:

Enclosed please find Defendant's Proposed Motion to Compel More Responsive Interrogatory Answers. If I have not received the requested information from you by August 22, 2008, I will file the motion with the Court. This letter will fulfill my requirements to confer with the party failing to make disclosure as required by Rule 37. However, if you wish to discuss the enclosed, please feel free to call me.

Very truly yours,

Paul E. Dwyer, Jr.

PED/km
Enclosures

PRV 968869.1