UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH REIS**

**VS C.A. NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, a/k/a NATIONAL RAILROAD PASSENGER CORPORATION**

## PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT

Now comes the Plaintiff in the above captioned matter and moves to file an Amended Complaint (attached). The basis for said Motion is contained in the attached Memorandum

Plaintiff,
By her attorney,

/s/ Frederick A. Costello
Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

## CERTIFICATION

I hereby certify that on the _______ day of __________, 2008 I electronically sent a true copy of within to: Paul Dwyer, Esquire and Andrew Richardson, Esquire.

/s/ Frederick A. Costello