Transcription of audiocassette obtained from Seth Starr of Amtrak Claims Department.

This is Seth Starr speaking and I'm calling from Amtrak Claims. I'm speaking to Elizabeth Reis, discussing an incident that occurred on June 23, 2004. Today's date is July 02, 2004 and the time is now 10:52 a.m.

SS: Mrs. Reis, do you realize that I'm recording this interview?

ER: Yes.

SS: Okay. I guess, first of all, what was time that accident occurred?

ER: I had just gotten on the train in Providence and I was heading to New York and I got on around 9:50 a.m.

SS: Okay. Do you know what the train number was or anything like that?

ER: The train number; I know that it was the Acela 2159.

SS: Okay. Great. Now what actually happened on that date and time in question here?

ER: I had gotten on the train; I walked through the quiet(?) car and just as I was leaving the quiet car and going through the vestibule, I was just entering the vestibule, and I fell and I ended up on the other side of the vestibule.

SS: Okay. Did you fall on a, I guess, a foreign object?

ER: I don't remember that. I kind of passed out a little bit. I don't know if I tripped, you know, on the edge of someone's luggage or if my heel got caught as I was entering that vestibule.

SS: Were you wearing high-heeled shoes or something like that?

ER: They weren't high, no. No.

SS: They were just regular heeled shoes? Like a dress shoe kind of thing.

ER: Right.

SS: So you don't know whether there was a foreign object or anything like that?

ER: Right.

SS: Okay. What happened then?

ER: Well, I fell and I couldn't move. I was in agony. I was in such pain and all I remember hearing the conductor came and just kept saying, you know, "Lady, are you staying on or are you getting off? We need to keep the train moving."

SS: Was this a male or a female conductor?

ER: I didn't see the person because I wasn't looking up. I literally was down on the ground and couldn't move.

SS: Could you tell whether

ER: The voice sounded to me, most definitely, I would say 95% sure that it was a male.

SS: Okay.

ER: It was a deep, deep voice.

SS: Okay. So then what happened there? He was talking about rushing you off even though you were hurt?

ER: Yeah. I mean I was feeling very uncomfortable. I was so afraid that, you know, they were going to move the train and I was going, to like, be injured and they didn't care and they just kept, they would have like just left and I would have still be there on the ground. And there was a Providence Amtrak security guy or a policeman or something that, you know, ended up taking me off the train. Literally dragged me off the train. I couldn't move or stand on my foot. I had to stand hanging onto the security guard guy's shoulder with my injured foot dangling for 10 minutes before the rescue team arrived and put me on a stretcher.

SS: Okay. Do you know what the security guy's his name was or can you describe him?

ER: No. He was, he actually was very nice. He felt bad. He was short, stubby, short and you know kind of on the heavy-set side. I think he was kind of balding, but I'm not sure, but he was short and stubby.

SS: Do you know if he was white, black or Hispanic?

ER: He was white.

SS: Okay. So you were standing holding on to him for approximately how long?

ER: Oh. It had to be, well it didn't have to be because I had a watch on and I was pretty much looking at my watch the whole time and it was almost ten minutes and then like a minute before the rescue got there, they brought a wheelchair down. I wasn't in that wheelchair like 45 seconds and then the rescue people with the stretcher came off the elevator onto the track and then they moved me again from the wheelchair which didn't have, you know, it was a broken wheelchair, they couldn't even get the things up where I could put my leg up and then they put me up onto, the rescue people put me up onto the stretcher.

SS: Okay. In the meantime, how come he was having you hold onto him? Was there anyplace to sit down on there?

ER: No. We were down on the tracks. There was nothing.

SS: Okay.

ER: I mean it was

SS: So it was out on the tracks when you got off?



SS: Okay.

ER: The one that I'm going to see that is just a foot and ankle specialist next Wednesday is Christopher DiGiovanni.

SS: Okay. Okay. What do you do for work, if I might ask?