Q. And you indicated that the attendants, three of them would be in the first-class car and one of them would be in the service car?
A. Right, the cafe.
Q. Would that fellow in the service car be the one, like, serving drinks, preparing food, things of that nature?
A. Yeah.
Q. Three in the first-class car, would they be getting items for the first-class passengers, pillows, things of that nature, or what would their duties be?
A. Yeah. It' just a very similar concept to what you find on an airplane in first class. They provide meals, beverage service, newspapers; attend to the needs of the passenger.
Q. So to monitor the other four cars, the quiet car and the three regular cars -- for lack of a better word -- you would just have yourself and the assistant conductor?
A. Yes. For the most part, yes.
Q. So would you divide it up two cars each?
A. That's usually the way it works.
Q. And you indicated that you would check each car

about every 15 minutes?
A. Yes.
Q. And how about the assistant conductor?
A. Be the same. Same thing.
Q. All right. And the other attendants would be on the lookout themselves where they were working?
A. Yeah, in the first-class car. They take care of that business back there.
Q. And what would be the procedure when a train came into a station to pick up and discharge passengers? Could you describe how that -- the monitoring of luggage would take place at that point?
MR. BATASTINI: Objection. Do you understand that?
A. Yeah, I think that -- I have to -- I don't understand the way that...
Q. Okay. Would you describe the procedure that would take place when a train pulls into a station where passengers are going to be exiting and entering, would your people that are serving under you, the attendants, the assistant conductor, would they be in the same locations as you previously testified?
A. Would they be in the same locations?
Q. Yeah.

A. In what respect?
Q. Well, you said three attendants would be in first class, one would be in service, and you would divide the other four cars with the other assistant conductor?
A. Yeah. You pretty much have -- each employee has a place where they normally work, where they have a good line of vision throughout the train, you know, from where they work.
Q. And how would -- did you have a procedure to monitor the location of luggage and other safety precautions when the train pulled in and stopped at a pick-up spot?
MR. BATASTINI: Objection.
A. Yeah. I mean, basically the conductor has a good line of vision through the two business-class cars. The assistant conductor has a good line of vision between his or her two cars there. There's never that problem in the cafe because we don't allow luggage or personal belongings in there. And the first class people would take care of theirs.
Q. And now assuming people are getting on and off the train, a good portion are going to be carrying some type of luggage, is that correct?

A. Yes.
Q. And what policy do you follow, if any, to ensure that the luggage stays in a safe position while this sort of relocating takes place; whether it's people walking on with their luggage and presumably putting it up on racks, putting it underneath the chairs, things of that nature?
MR. BATASTINI: Objection.
A. Well, we just remind the people boarding that all luggage and personal belongings have to be stored either in the overhead luggage rack or in the luggage storage areas located either end of your coach.
Q. And I think you had indicated from where you usually position yourself, you have a line of vision where you would be able to see if luggage was not being placed in its proper location, is that right?
MR. BATASTINI: Objection.
A. (Witness nodding).
MR. COSTELLO: You have to say yes or no.
MR. BATASTINI: You have to verbalize.
A. Yes.
Q. Is there any requirement as to size and weight of

A. The station platform.
Q. Okay. So that's not part of the train, that's off the train?
A. Yeah, that's the platform where the people stand when the train arrives.
Q. All right. And how long do you remain there?
A. I remain there until I get a hand signal from my assistant conductor and from the first class attendants that everybody is in the clear and it's okay to close the doors.
Q. All right. Is that usually, what, five minutes, two minutes?
MR. BATASTINI: Objection.
A. It's -- it all depends on how big the crowd is.
Q. Can you give me a range of how long?
MR. BATASTINI: Objection.
A. In most cases, it's probably a minute and a half to two minutes.
Q. Does anyone monitor the inside of the train while you're out there on the platform?
A. No.
Q. So where people put the luggage while you're on the platform is basically beyond your line of sight at that point?