UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS,<br>Plaintiff,<br><br>v.<br><br>NATIONAL PASSENGER RAILROAD<br>CORPORATION, A/K/A NATIONAL<br>RAILROAD PASSENGER CORPORATION,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 07-236 S |

**NOTICE OF**
**CANCELLATION OF HEARING**

The hearing on Defendant National Passenger Railroad Corporation's Motion for Summary Judgment (Document ("Doc.") #10) scheduled for September 12, 2008, is hereby cancelled. The Court has determined that no hearing is necessary.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
September 3, 2008