**EXHIBIT C**

Case 1:07-cv-00236-S-DLM Document 11-6 Filed 02/05/2008 Page 2 of 2

MICHAEL J. FARLEY
ATTORNEY AT LAW
LICENSED IN RHODE ISLAND AND MASSACHUSETTS

RECEIVED
DEC - 8 2004
AMTRAK
BOSTON CLAIMS OFFICE

December 1, 2004

Amtrak
ATTN: Seth Starr
253 Summer Street
Boston, MA 02210

RE: **Elizabeth Reis vs. Amtrak**

Dear Mr. Starr:

Please be advised that I represent Elizabeth Reis with respect to an injury she sustained while on Amtrak on June 23, 2004.

Please forward any information which you have with regard to this matter to my attention, including any investigations which have been done. Also, please forward me a copy of the recorded statement which you conducted on July 2, 2004.

Please call me if you have any questions or comments.

Very truly yours,

Michael J. Farley

MJF:mfa

670 WILLETT AVENUE • EAST PROVIDENCE, RHODE ISLAND 02915
(401) 437-3031 • FAX (401) 433-1605