**EXHIBIT E**

Case 1:07-cv-00236-S-DLM Document 62-6 Filed 08/01/2008 Page 2 of 5


DEFENDANT'S EXHIBIT E

**TRANSCRIPT 341 HEARING**

In the matter of Elizabeth Reis
No. 05-11339

Raise your right hand please. Do you swear the testimony you are going to give this afternoon is the truth?

**Yes, it will be.**

Did you take a handout and read it?

**Yes, I did.**

Do you have proof of your identity, and social security card?

**Yes, I do.**

Social security no: 038 42 1528

**Yes.**

And uh, RI license 2489030.

**Yes.**

Ok, I will show you this page of the petition, is it your signature?

**Yes, it is.**

Did you review the petition before you signed it?

**Yes, I did.**

Is the information true and accurate?

**Yes, it is.**

You own property at 19 Ausdale Road, Cranston, Rhode Island?

Case 1:07-cv-00236-S-DLM Document 62-6 Filed 08/01/2008 Page 2 of 3


**Yes.**

You own it by yourself?

**Yes, I do.**

When did you buy it?

**When sir?**

Yes

**June 2004**

How much did you pay for it?

**Excuse me, I am sorry June 2003.**

How much did you pay?

**$190,000.**

And you think today it may be worth $250,000?

**Approximately.**

You owe $196 on it?

**Uh, about $180**

$180 ok

Have you owned any other real estate in the last four years?

**No, I have not.**

Besides that, yours assets are a small amount of cash on hand and in the bank, household furniture, books, pictures, clothing, about $1000 worth of jewelry and 2005 hyundai
And you have a workers compensation claim?

**Yes sir**

(other attorney) Excuse me, that loan with ??? that is a mortgage if you add it to the other mortgage it is about $196,000.

Jul 21 Case 1:07-cv-00236-S-DLM Document 62-6 Filed 08/04/2008 87 Page 3 of 3 p.4

**Oh, I am sorry**

Um, do you have any other claim for money other than the workers' compensation claim?

**No sir.**

Ok, you are collecting about $2200-$2300 a month in workers compensation is that right?

**Correct, yes.**

And you also get $200.00 from a disability policy?

**Yes.**

Any creditors present in this matter?

I have nothing further thank you.

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

Paul E. Dwyer, Jr.
Partner
401.528.5851
*fax* 888.325.9221
pdwyer@eapdlaw.com

August 18, 2008

***Via Facsimile (401-752-7085)***

Honorable David L. Martin
United States District Court
Two Exchange Terrace
Providence, RI 02903

**Re: Elizabeth A. Reis v. National Passenger Railroad Corporation**
**C.A. No. 07-236S**

Judge Martin:

Pursuant to your letter of August 18, 2008 inquiring as to the date of the "341 Hearing" in the Reis bankruptcy proceedings, I consulted with Attorney Steven J. Boyajian of Attorney Richardson's office. I am informed that the "341 Hearing" date in this matter was May 23, 2005.

Very truly yours,

Paul E. Dwyer, Jr.

/cr

cc: Frederick Costello, Esquire (via facsimile)
Andrew Richardson, Esquire (via facsimile)

PRV 969597.1