**EXHIBIT G**

**Michael J. Farley, Esq.**

**From:** elizabeth reis [ertours@verizon.net]

**Sent:** Friday, November 19, 2004 11:14 AM

**To:** mfarley@eplaw.necoxmail.com

**Subject:** RESEND...AMTRAK INFO

*Hi Mike...*

*Didn't know if I had given you the Amtrak info from when I gave them my recorded statement back in June. I was also told by Amtrak security at the station in Providence that they would file a report. I havenever received a copy of that or know for sure if they filled one out.*

*On 6/25/04 I spoke with Martha O'Neill, from the Amtrak Claims Office (617.345.7621). She took the general info as to why I was calling and said she'd pass the info on to a claims rep. On 7/2/04, Seth Starr, Claims Rep (617.345.7628) called and took my recorded statement in detail.*

*I surely hope that you're able to settle for a substantial amount. They cared more about getting the train moving than an injured passenger. They should have never moved me, let alone drag me off the train with an injury. I've lost almost 6 months of my life not being able to drive, get around, etc. Being a single parent I had no one to help take care of me or my son. The list is endless.*

*I also wondered if you knew that this isn't anything new for Amtrak. An acquaintance told me that her friend's dad was traveling on Amtrak from Hartford to NYC, having severe chest pains and asked if they'd please stop the train at the next unscheduled depot to let him off to get a rescue. They said they had to keep the train moving and couldn't stop until they got to NYC. The man had a heart attack and ended up getting a huge settlement from Amtrak. Thank God he didn't die. Also, did you hear that last week the exact same train that I was on derailed and 70 people were injured. Unbelievable!*

*Thank you again for EVERYTHING you've been doing for me. I appreciate you and your work!!!*

*Sincerely,*
*Elizabeth Reis*

PENGAD-Bayonne, N.J. DEFENDANT'S EXHIBIT FARLEY-2

1

**Michael J. Farley**

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Wednesday, April 13, 2005 5:09 PM
**To:** Michael J. Farley
**Subject:** From ELIZABETH REIS

Mr. Farley...

I'm sending this e-mail as I know how difficult it is to reach you by phone.

**An update:** After not being able to continue with "land therapy" at University Orthopedics, due to my severe fibromyalgia flare-up, per my rheumatologist, Dr. Silversmith, I started aquatherapy at the outpatient dept of Rhode Island Hospital. I faithfully completed that and had my re-evaluation appt with the head of the outpatient physical therapy dept. She said that I worked very hard, have made a 45% increase in my "range of motion", am still very weak however, ready now to continue with "land therapy" to build up my balance and strength, in order to discontinue using the cane I've been using since I came off the crutches. I restarted the "land therapy" yesterday morning and will need to continue three times per week for 4-6 weeks. Personally, I do feel that I've made great progress and am looking forward to being a whole person and getting my life back very soon!

Today I received a notice of **Pre-Trial Conference. What is this for? Why are we going back to court?**

I have **many questions** and would appreciate your help in answering them.
**1.** When I'm ready to go back to work - will I still have the option of trying to work out something with the Providence Warwick Convention & Visitors Bureau (working from home or just part-time at first and then in office/full time)? If they don't want me to come back there, can you help me work out a settlement with them?

**2.** Will I know, well in advance, when my workers' comp/long term disability will end, in order for me to secure new employment, if needed?

**3.** As I asked your assistant, Maria, to share with you, due to this whole incident, I have had to file for bankruptcy. I am extremely embarrassed and humbled by this, however, albeit upset. Being out of work so long, having a huge amount of debt, and a substantial amount of out-of-pocket medical expenses over the last year, has been an incredible personal financial burden. Will you be helping me to recover the medical expenses and financial compensation for pain and suffering?

I trust that you will do everything in your power to help me.

Thank you,
Elizabeth

2

**Michael J. Farley**

---

**From:** Elizabeth Reis [ertours@cox.net]

**Sent:** Wednesday, May 04, 2005 2:42 PM

**To:** Michael J. Farley

**Subject:** Re: REIS E 04WC23

Mr. Farley,

Thank you. I do hope that it'll all be resolved by next Tuesday evening so I don't have to reschedule this appt. for a second time.

Have you been able to reach anyone at Amtrak?

Elizabeth

> ----- Original Message -----
> **From:** Michael J. Farley
> **To:** 'Ms. Elizabeth Reis'
> **Sent:** Wednesday, May 04, 2005 2:05 PM
> **Subject:** Re: REIS E 04WC23
>
> Ms. Reis,
>
> I am trying to get approval for the orthotics. Will be in touch when I know one way or the other.
>
> MJF

3

## Michael J. Farley

**From:** Elizabeth Reis [ertours@cox.net]

**Sent:** Monday, May 09, 2005 8:21 AM

**To:** Michael J. Farley

**Subject:** From ELIZABETH REIS

Good Morning Mr. Farley,

There is only one more day before my appt to be fitted for the orthotics. Will you be able to call me today or first thing tomorrow morning and let me know if workers comp will be covering this. They should, as their own orthopedic doctor that examined me also recommended that I get one.

Also, have you been able to speak with the gentleman I gave a statement to at Amtrak?

I look forward to hearing back from you. Thank You.

Elizabeth Reis

4

**Michael J. Farley**

---

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Friday, May 13, 2005 9:34 AM
**To:** Michael J. Farley
**Subject:** From ELIZABETH REIS

Mr. Farley,

I just received a Notice of Initial Hearing in yesterday's mail. What is this for? Unfortunately, on the date and time of the hearing (Tues 5/17 @ 2pm) I need to be with my son at a previously scheduled appointment. Please advice at your earliest convenience.

Have you been able to contact Amtrak since we last spoke?

Thank You,
Elizabeth Reis

5

**Michael J. Farley**

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Monday, May 16, 2005 3:08 PM
**To:** Michael J. Farley
**Subject:** Re: From ELIZABETH REIS

Mr. Farley,

Thank you for being proactive on my behalf. I do appreciate it very much.

Have you been able to contact the gentleman from Amtrak?

Thank You.
Elizabeth Reis

> ----- Original Message -----
> **From:** Michael J. Farley
> **To:** 'Elizabeth Reis'
> **Sent:** Monday, May 16, 2005 1:34 PM
> **Subject:** RE: From ELIZABETH REIS
>
> Ms Reis,
> I took a precautionary appeal fro the pre trial order, as I customarily do to keep the case "alive" for as long as possible in the event there are any unexpected changes in the client's condition, as sometimes happens. In any event you do not have to attend the hearing, as it is strictly a conference between the attorneys and the court.
> MJF
>
> -----Original Message-----
> From: Elizabeth Reis
> Sent: Friday, May 13, 2005 9:45 AM
> To: Michael J. Farley
>
> Mr. Farley,
>
> I just received a Notice of Initial Hearing in yesterday's mail. What is this for? Unfortunately, on the date and time of the hearing (Tues 5/17 @ 2pm) I need to be with my son at a previously scheduled appointment. Please advice at your earliest convenience.
>
> Have you been able to contact Amtrak since we last spoke?
>
> Thank You,
> Elizabeth Reis

6

**Michael J. Farley**

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Wednesday, June 01, 2005 8:17 PM
**To:** Michael J. Farley
**Subject:** From ELIZABETH REIS

Mr. Farley,

Update... I have been having some severe problems with the left shoulder, elbow, arm, and hand over the last few weeks, which has gotten worst. I went to see my primary doctor, Dr. Ejnes, who gave me a prescription for physical therapy. After speaking to my physical therapist (who has been treating me for my foot and fibro flare-up), she advised me that my shoulder... problems were probably due to the extended use of the cane and I should see their occupational therapist. I saw the OT for the first time today. She did an evaluation and concurred with my PT that, in fact, it was from the extended use of the cane and my existing fibro flare-up. I will be now be seeing the OT once per week and the PT once per week. Again, **is there ANY way that workers' comp will pay for these visits and/or reimburse me for my previous visits?** I've already spent almost $200. per month in out-of-pocket doctor and therapy appointments that I didn't have - a major reason why I had to end up filing for bankruptcy. I'm trying so hard to continue to pay for these visits - at the point of not being able to pay the monthly utility bills and falling behind.. I want to get totally better and have this madness behind me!! It would be a very terrible thing if I had to stop my therapy for the inability to pay. I honestly don't know how much longer I can do this?

Have you spoken with Seth Starr from Amtrak?

I look forward to your prompt response.

Thank You,
Elizabeth Reis

7

**Michael J. Farley**

---

**From:** Elizabeth Reis [ertours@cox.net]
**Sent:** Tuesday, June 07, 2005 11:20 PM
**To:** Michael J. Farley
**Subject:** Re: REIS E 04WC23

Mr. Farley,

I will speak with my primary physician, Dr. Yul Ejnes, MD, and get back to you. Thank you for continuing my case. Would you please let me know how things stand with Seth Starr at Amtrak? I desperately need to recoup my financial losses from this accident!

Elizabeth Reis

> ----- Original Message -----
> **From:** Michael J. Farley
> **To:** 'Ms. Elizabeth Reis'
> **Sent:** Tuesday, June 07, 2005 11:21 AM
> **Subject:** Re: REIS E 04WC23
>
> Ms. Reis
>
> I need a report from an MD linking your upper extremity difficulties to your foot injury (as opposed to the fibromyalgia) in order to seek payment from the WC carrier. I continued the case to June 23 in order to keep it "alive". Please ask the appropriate physician to send me a report.
>
> MJF

8

**Michael J. Farley**

**From:** ertours@cox.net
**Sent:** Monday, July 25, 2005 7:09 PM
**To:** mfarley@eplaw.necoxmail.com
**Subject:** From ELIZABETH REIS

Mr. Farley,
When we last spoke on June 13th, you advised me to have Lifespan forward to you my bills and medical reports. You also told me that you would check on the Amtrak claim policies and procedures and get back to me. I called your office on June 17th, 24th, and 27th and July 17th, leaving messages for you to please return my call. More than one month later, I still have not received any type of response back from you. At this point I can only conclude that you are either extremely busy or you have chosen to drop me as your client. Whichever it is, PLEASE... have the courtesy of responding, so that I know for certain where I stand and/or which direction I need to go.

1. Lifespan continues to send me the bills saying that your office never faxed them the release they needed.
2. Has WC approved paying for my OT and the continuation of PT, as we discussed in our phone call on 6/13?
3. What transpired during the continued court appearance on 6/23?
4. What is happening with Amtrak? Should I expect any financial settlement from them?
5. Have you heard anything or sent any correspondence to the PWCVB regarding my employment and or severance package?

I look forward to your prompt reply. Thank You.

Elizabeth Reis
ertours@cox.net



9

**Michael J. Farley**

**From:** ertours@cox.net
**Sent:** Saturday, September 10, 2005 7:39 PM
**To:** mfarley@eplaw.necoxmail.com
**Subject:** URGENT: From Elizabeth Reis

Mr. Farley,

I received a letter from Blue Cross, terminating my health coverage as of Sept 1st. How am I suppose to pay for my doctor's appts, which at this time are all related to the work related injury. I had an appt with the neurosurgeon last Thursday and I have an appt with the orthopedic surgeon this coming Friday. How am I suppose to pay for those appts? I have $3. in my checking account, $30. in savings and NO other financial resources. I will NOT be able to afford COBRA. How can they terminate my health insurance when I'm using it for a work related injury? The long term disability check barely covers my monthly expenses for house and utilities!!

When are you going to know if I'll be receiving a financial settlement from the PWCVB, Workers Comp, and/or Amtrak? What about a severence and the vacation time I had coming? I am extremely upset and stressed over all this! PLEASE... call me asap to discuss. Do I need to be at the initial hearing scheduled for 9/21 @ 2pm?

Thank You,
Elizabeth Reis

16