UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS,<br>Plaintiff, | : | |
| v. | : | CA 07-236 S |
| NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,<br>Defendant. | : | |

**ORDER DENYING**
**MOTION TO EXTEND DISCOVERY**

Plaintiff's Motion to Extend Discovery (Doc. #66) is denied. In a Report and Recommendation issued this same date, the Court has recommended that Defendant's Motion for Summary Judgment be granted.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
September 5, 2008