UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH A. REIS,
Plaintiff,

v. : CA 07-236 S

NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,
Defendant.

**ORDER DENYING**
**MOTION TO STRIKE AS MOOT**

Before the Court is Defendant's Motion to Strike Portions of the Affidavits of Elizabeth Reis and Robert B. Jacquard, Esq. and Portions of Plaintiff's Statement of Undisputed Facts (Doc. #57). The Motion is denied as moot.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
September 5, 2008