UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELIZABETH A. REIS,<br>Plaintiff,<br><br>vs.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION,<br>Defendant. | : | Civil Action No. 07-236S |

**DEFENDANT, NATIONAL PASSENGER RAILROAD CORPORATION'S, OBJECTION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Now comes the Defendant, National Passenger Railroad Corporation, a/k/a National Railroad Passenger Corporation ("Defendant"), and hereby files this Objection to the Motion of of the Plaintiff, Elizabeth Reis, requesting leave of this Honorable Court to file an Amended Complaint.

In support of this Objection, Defendant refers the Court to the accompanying memorandum of law.

NATIONAL PASSENGER RAILROAD
CORPORATION, A/K/A NATIONAL
RAILROAD PASSENGER
CORPORATION,

By Its Attorneys,

/s/ Paul E. Dwyer, Jr.
Paul E. Dwyer, Jr. (#3956)
Andrew J. Murray (#5071)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200 (tel.)
(401) 276-6611 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2008 a copy of the foregoing Objection in the above-captioned case has been served by ECF to the following attorney(s).

Frederick A. Costello, Esquire
Flaherty, Butterfield & Costello
33 College Hill Road, Suite 20D
Warwick, RI 02886

Paul Ryan, Esq.
670 Willett Avenue
East Providence, RI 02915
P-(401) 437-0660
F-(401) 433-1605

Steven J. Boyajian, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, Rhode Island 02906
(401) 273-9600
(401) 273-9605 (fax)

Andrew S. Richardson, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, Rhode Island 02906
(401) 273-9600

/s/ Paul E. Dwyer, Jr.