To Atty. Susan Pepin Fay - 272-3500 x143
Left Message, duration 00:00:08
Contact: Atty. Susan Pepin Fay

Fri Jul 22, 05 - Time Entry - 0.10 hours
MAIL COURT

Tuesday July 19, 2005 - 2:00 PM to 2:01 PM Elizabeth Reis/Initial Hearing/Judge Morin
Client work - general
Attorney(s) assigned: Michael Farley, Maria Amaral

Friday July 8, 2005 - 11:30 AM to 11:31 AM Elizabeth Reis/dpo of Dr. Chihlas (cancelled)
Client work - general
Attorney(s) assigned: Michael Farley, Maria Amaral

E-mail from Elizabeth Reis
Fri Jun 24, 05 - 12:16 PM
Subject: From ELIZABETH REIS
Contact: Ms. Elizabeth Reis

Thursday June 23, 2005 - 2:00 PM to 2:01 PM Elizabeth Reis/WCC
Client work - general
Attorney(s) assigned: Michael Farley, Maria Amaral

Mon Jun 13, 05 - Time Entry - 0.40 hours
MAIL COURT Telephone call to Ms. Elizabeth Reis; CALL CLIENT

Mon Jun 13, 05 - 4:19 PM - Phone Call
To Ms. Elizabeth Reis - 942-3335
Spoke, duration 00:12:29
Contact: Ms. Elizabeth Reis
Notes: she will send bills to me and Ejnes note - she confirmrd she doesn't remember what caused her fall

E-mail from Elizabeth Reis
Wed Jun 8, 05 - 1:53 PM
Subject: From ELIZABETH REIS
Contact: Ms. Elizabeth Reis

Tue Jun 7, 05 - Time Entry - 0.40 hours
E-mail correspondence with Elizabeth Reis E-mail correspondence with Ms. Elizabeth Reis Elizabeth Reis/Pre-Trial Conference/Judge Morin -; COURT HEARING

PENGAD-Bayonne, N.J. DEFENDANT'S EXHIBIT A