UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH REIS**

**VS CIVIL ACTION NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

**PLAINTIFF'S REQUEST FOR A CONTINUANCE**

Now comes Plaintiff Elizabeth Reis in the above captioned matter and respectfully requests a continuance on the deadline to respond to Magistrate Martin's recommendation that this matter be referred to the United States Attorney General to September 29, 2008.

Plaintiff represents to this Court that she does not intend to appeal Magistrate Martin's recommendation concerning the Motion for Summary Judgment. She does intend to object to and/or appeal his recommendation concerning the referral to the United States' Attorney's office.

The basis for this Motion is contained in the attached Memorandum.

Plaintiff,
By her attorney,

/s/ Frederick A. Costello
Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

**CERTIFICATION**

I hereby certify that on the _______ day of __________, 2008 I electronically sent a true copy of within to: Paul E. Dwyer, Esquire, Andrew J. Murray, Esquire, Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 09203, Paul Ryan, Esquire, 670 Willett Avenue, East Providence, RI 02915 and Andrew S. Richardson, Steven J. Boyajian, Esquire, Boyajian, Harrington & Richardson, 182 Waterman Street, Providence, RI 02906.

/s/ Frederick A. Costello