UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ELIZABETH REIS**

**VS CIVIL ACTION NO. 07-236S**

**NATIONAL PASSENGER RAILROAD CORPORATION, A/K/A NATIONAL RAILROAD PASSENGER CORPORATION**

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION FOR A CONTINUANCE**

That on or about September 5, 2008 Plaintiff's counsel received notice of Magistrate Martin's decision and recommendation concerning Defendant Amtrak's Motion for Summary Judgment and Trustee Andrew Richardson's Request to Substitute as well as Magistrate Martin's recommendation that he was going to refer the issue of Ms. Reis' Affidavit and testimony at the bankruptcy hearing to the United States' Attorney's Office.

When Plaintiff's attorney notified Ms. Reis that he had received these decisions, she indicated that she did not intend to appeal or object to the decision concerning Summary Judgment and the denial of Attorney Richardson's Motion to Intervene. Plaintiff does wish to contest the recommendation that this matter be referred to the United Sates' Attorney General. Plaintiff also indicated that as of September 5, 2008 her mother was critically ill and was not expected to survive the weekend. That Elizabeth Reis' mother did, in fact, pass away on Saturday, September 6, 2008 and funeral arrangements are scheduled for Tuesday and Wednesday of this week.

Ms. Reis respectfully requests that since this is a very troubling time for her with the loss of her mother, that she be given an additional ten days to respond to the recommendation of Magistrate Martin.

For these reasons, Plaintiff requests that the deadline to respond to the recommendation concerning the referral of this matter to the United States' Attorney be continued to September 29, 2008.

Plaintiff,
By her attorney,

/s/ Frederick A. Costello
Frederick A. Costello #2205
FLAHERTY, BUTTERFIELD & COSTELLO
33 College Hill Road Suite 20D
Warwick, RI 02886
Tel. 401-822-1800 x 6, Fax. 401-822-1879

**CERTIFICATION**

I hereby certify that on the _______ day of __________, 2008 I electronically sent a true copy of within to: Paul E. Dwyer, Esquire, Andrew J. Murray, Esquire, Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 09203, Paul Ryan, Esquire, 670 Willett Avenue, East Providence, RI 02915 and Andrew S. Richardson, Steven J. Boyajian, Esquire, Boyajian, Harrington & Richardson, 182 Waterman Street, Providence, RI 02906.

/s/ Frederick A. Costello