UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH A. REIS, :
Plaintiff, :
:
v. : CA 07-236 S
:
NATIONAL PASSENGER RAILROAD :
CORPORATION, A/K/A NATIONAL :
RAILROAD PASSENGER CORPORATION, :
Defendant. :

**ORDER DENYING**
**MOTION TO FILE AMENDED COMPLAINT**

Before the Court is Plaintiff's Motion to File an Amended Complaint (Doc. #70) ("Motion"). As this Magistrate Judge has recommended that Defendant's motion for summary judgment be granted because Plaintiff is judicially estopped from prosecuting this action, see Report and Recommendation (Doc. #76) at 4, the Motion is DENIED.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
September 11, 2008