UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Elizabeth A. Reis,
    Plaintiff

v.                                               C.A. No. 07-236S

National Passenger Railroad
*A/K/A National Railroad
Passenger Corporation,*
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 5, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion for Summary Judgment is GRANTED. This action is hereby DISMISSED.

By Order,

_/s/ Wendy Neil_
Deputy Clerk

ENTER:

_/s/ William E. Smith_
William E. Smith
United States District Judge

Date: 11/12/08